HESTON & HESTON, ATTORNEYS AT LAW
BENJAMIN R. HESTON (State Bar No. 297798)
HALLI B. HESTON (State Bar No. 90737)
RICHARD G. HESTON (State Bar No. 90738)
19700 Fairchild Road, Suite 280
Irvine, California 92612-2521
Tel: (951) 290-2827
Fax: (949) 222-1043
ben@hestonlaw.com

Attorneys for Defendants
Edward and Lisette Young

**FILED & ENTERED**

**OCT 13 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY potier    DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD YOUNG and LISETTE YOUNG,<br><br>Debtors. | Case No.: 6:20-bk-16824-SY<br><br>Chapter 7<br><br>Adv No.: 6:21-ap-01010-SY |
| JOSHUA A. BLUMENTHAL and<br>MONICA BLUMENTHAL,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD YOUNG and LISETTE YOUNG,<br><br>Defendants. | **PRE-TRIAL ORDER**<br><br>Pre-Trial Conference<br>Date: August 12, 2021<br>Time: 9:30 a.m.
Courtroom 302<br>3420 Twelfth Street<br>Riverside, CA 92501 |

A pre-trial conference in the above-captioned adversary proceeding was held on August 12, 2021, with the Honorable Scott H. Yun presiding. Appearances were made by James Klinkert, counsel for plaintiffs, and Benjamin Heston, counsel for defendants.

///

///

1

**IT IS HEREBY ORDERED** that the Joint Pre-Trial Stipulation filed as Docket #12 on July 29, 2021 is approved, supersedes the pleadings, and will govern the course of the trial in this case.

###

Date: October 13, 2021

Scott H. Yun
United States Bankruptcy Judge