NEXUS BANKRUPTCY
BEN HESTON (SBN 297798)
100 Bayview Circle, Suite 100
Newport Beach, CA 92660
Tel: (951) 290-2827
Fax: (949) 288-2054
*ben@nexusbk.com*

Attorney for Defendants,
Edward and Lisette Young

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD YOUNG, and LISETTE YOUNG,<br><br>Debtors. | Case No.: 6:20-bk-16824-SY<br><br>Chapter 7<br><br>Adv No.: 6:21-ap-01010-SY<br><br>**DEFENDANTS' TRIAL EXHIBITS** |
| JOSHUA A. BLUMENTHAL, and MONICA BLUMENTHAL,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD YOUNG, an individual; and LISETTE YOUNG, fka Lisette Lanuza, an individual,<br><br>Defendants. | **Trial**<br>Date: September 6, 2022<br>Time: 9:30 a.m.<br>Courtroom 302<br>3420 Twelfth Street<br>Riverside, CA 92501 |

Defendants, Edward and Lisette Young, hereby submit to the Court the following

exhibits:

   A.  State Court Complaint

   B.  Adversary Complaint

   C.  Answer to Adversary Complaint

   D.  Joint Pre-Trial Stipulation

   E.  Email correspondence from June 2019

   F.  Email correspondence from July 2019

G.  Email correspondence from August 2019

H.  Email correspondence from September 2019

I.   Email correspondence from October 2019

J.   Text message correspondence October 2019

K.  Interior design contract

L.   Design renderings

M.  Remodel progress photos

N.  Remodel completion photos

O.  Photos of checks from Blumenthal Trust

NEXUS BANKRUPTCY

Dated: August 16, 2022

BENJAMIN HESTON,
Attorneys for Defendants

# EXHIBIT A

## CIV-200819-CIV-DS2016673-CASEEN-132702



### Scanned Document Coversheet

System Code:    CIV
Case Number:    DS2016673
Case Type:      CIV
Action Code:    CASEEN
Action Date:    08/19/20
Action Time:    1:27
Action Seq:     0002
Printed by:     ANTHM

> THIS COVERSHEET IS FOR COURT
> PURPOSES ONLY, AND THIS IS NOT
> A PART OF THE OFFICIAL RECORD.
> YOU WILL NOT BE CHARGED FOR
> THIS PAGE

# Complaint and Party information entered



NEW FILE

| | |
|---|---|
| 1 | James E. Klinkert |
| | State Bar No. 115937 |
| 2 | Paul J. Gutierrez |
| | State Bar No. 177606 |
| 3 | Kelly A. Neavel |
| | State Bar No. 244107 |
| 4 | KLINKERT, GUTIERREZ & NEAVEL |
| | 1601 E. Orangewood, Suite 150 |
| 5 | Anaheim, CA 92805 |
| | (909) 390-9999 |
| 6 | |
| | Attorneys for Plaintiffs |
| 7 | Joshua Blumenthal and Monica Blumenthal |

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

AUG 19 2020

BY _____
ANTHONY MARTINEZ, DEPUTY

**BY FAX**

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| JOSHUA BLUMENTHAL and MONICA BLUMENTHAL, | CASE NO: CIV DS 2 0 1 6 6 7 3 |
| Plaintiffs, | COMPLAINT FOR: |
| vs. | 1. Breach of Contract |
| | 2. Fraudulent Inducement to Contract |
| EDWARD YOUNG, an individual doing business as YOUNG & ASSOCIATES CONSTRUCTION and YOUNG & ASSOCIATES CONSTRUCTION SERVICES; LISETTE YOUNG, an individual doing business as YOUNG & ASSOCIATES CONSTRUCTION and YOUNG & ASSOCIATES CONSTRUCTION SERVICES and LISETTE YOUNG INTERIOR DESIGN; and DOES 1 through 500, inclusive, | 3. Intentional Misrepresentation |
| | 4. Negligence |
| | 5. Violation of Contractor License Law |
| | 6. Violation of Unfair Practices Act |
| | 7. Rescission and Restitution |
| | 8. Monies Had and Received |
| | 9. Declaratory Relief |
| | 10. Conversion |
| | 11. Accounting |
| | 12. Imposition of Constructive Trust |
| Defendants. | 2 0 0 8 2 4 -0 2 6 7 AM |
| | 435.00 |

Plaintiffs allege:

## GENERAL ALLEGATIONS

1. Plaintiffs Joshua Blumenthal and Monica Blumenthal are, and at all times mentioned herein were, individuals residing in the County of San Bernardino, State of California.

2. Plaintiffs are informed and believe and thereon alleges that Defendant Edward Young ("Edward") is, and at all times mentioned herein was, an individual doing business as Young &

//

1   Associates Construction and Young & Associates Construction Services in the County of San

2   Bernardino, State of California.

3       3. Plaintiffs are informed and believe and thereon alleges that Defendant Lisette Young

4   ("Lisette") is, and at all times mentioned herein was, an individual doing business as Young &

5   Associates Construction, Young & Associates Construction Services, and Lisette Young Interior

6   Design in the County of San Bernardino, State of California.

7       4. Plaintiffs are ignorant of the true names and capacities of defendants sued herein as DOES

8   1 through 500, inclusive, and therefore sues these Defendants by such fictitious names. Plaintiffs

9   will amend this complaint to allege their true names and capacities when ascertained. Plaintiffs are

10   informed and believe and thereon allege that each of the fictitiously named Defendants is responsible

11   in some manner for the occurrences herein alleged, and Plaintiffs' injuries and damages as herein

12   alleged were proximately caused by their acts. In particular, and without limitation, Plaintiffs are

13   informed and believe and thereon allege that Defendants named herein as DOES 101 through 299

14   were subcontractors, laborers, or materialmen hired by Defendants who performed work on

15   Plaintiffs' residence located at 14201 Ross Court, Rancho Cucamonga, California ("Blumenthal

16   Property").

17       5. Plaintiffs are informed and believe and thereon allege that at all times herein mentioned

18   each of the Defendants was the agent, employee and co-conspirator of each of the remaining

19   Defendants, and in doing the things hereinafter alleged, was acting within the course and scope of

20   such agency, employment and conspiracy.

21       6. In or around June, 2019, Plaintiffs were induced to enter into a contract with Defendants

22   for the design, construction and renovation of the Blumenthal Property including without limitation

23   flooring, drywall, interior and exterior paint, electrical, HVAC, doors, windows, cabinets, plumbing,

24   remodeling of bathrooms, remodeling of kitchen, concrete, patio, block wall, built in barbecue and

25   entertainment area, garage door replacement, and landscape and design ("Contract"). The Contract

26   was oral but is evidenced by invoices and other writings. At the time, Defendants represented to

27   Plaintiffs that Defendants Edward, Young & Associates Construction and Young & Associates

28   Construction Services were properly licensed general building contractors in the State of California

with substantial experience in the design and construction of real property improvements similar to those required by the Contract ("Representations").

7. Defendants failed to properly complete the work required by the Contract. The work under the Contract was defective and inadequate in numerous ways, including the failure to obtain necessary building permits, the failure of the work to conform to industry standards of workmanship, the failure to provide information requested by Plaintiffs as to the identity and qualifications of persons performing work at the Blumenthal Property, and the failure to provide lien releases and other work related documentation to Plaintiffs. As of January, 2020, Plaintiffs had paid, directly and indirectly, more than $397,000 to Defendants for the defective work. Plaintiffs are informed and believe and thereon allege that the amounts paid to Defendants, plus the cost of remediating the defective work, plus the lost use and enjoyment of the Property, will exceed $1,000,000.

## FIRST CAUSE OF ACTION

### (Breach of Contract Against Defendants Edward,

### Lisette and DOES 1 through 100, Inclusive)

8. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 7, inclusive, of the Complaint and by this reference make them a part hereof.

9. Plaintiffs have done all things required of them under the Contract except to the extent that Defendants by their actions and omissions prevented Plaintiffs' performance.

10. Defendants have breached the Contract by virtue of the construction defects and other circumstances alleged above.

11. As a result of the Defendants' breach of the Contract, Plaintiffs have sustained economic damages in an amount not less than $1,000,000 according to proof at the time of trial.

## SECOND CAUSE OF ACTION

### (Fraudulent Inducement to Contract Against Defendants Edward,

### Lisette and DOES 1 through 100, Inclusive)

12. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 11, inclusive, of the Complaint and by this reference make them a part hereof.

//

3

From: James Kimmel    Tel: 1999999999                                    Fax: (909) 75818586                                    Page: 9 of 16    08/19/2020 11:55 AM

1    13. In or around June, 2019, Defendants induced Plaintiffs to enter into the Contract by the

2    Representations alleged above that Defendants were experienced, well qualified and properly

3    licensed general building contractors.

4    14. The Representations were false and Defendants knew them to be false at the time they

5    were made.    The true facts were that Defendants were not and had never been properly licensed

6    general building contractors, and Defendants were not experienced or well qualified to perform the

7    Contract work.

8    15. At the time Defendants made the Representations alleged herein,  Plaintiffs were not

9    aware of the falsity of the Representations and believed the Representations to be true.  Plaintiffs'

10    reliance on the Defendants' promises and guarantees was reasonable because Defendants represented

11    themselves to be trustworthy licensed contractors.

12    16. As a result of the false Representations made by Defendants, Plaintiffs were induced to

13    and did enter into the Contract and pay Defendants substantial sums of money in furtherance of the

14    Contract. Had Plaintiffs known the true facts, they would not have taken such actions.

15    17. As a result of the Defendants' fraud, Plaintiffs have sustained economic damages in an

16    amount not less than $1,000,000 according to proof at the time of trial.

17    18. As a further result of the Defendants' fraud, Plaintiffs were hurt and injured in their

18    health, strength and activity, sustaining injury to their bodies and shock and injury to their nervous

19    systems and persons, all of which have caused and continue to cause Plaintiffs great mental and

20    physical pain and suffering and nervousness.  Plaintiffs are informed and believe and thereon allege

21    that the injuries will result in some permanent disability, all to their general damage in an amount

22    according to proof at the time of trial.

23    19. The fraudulent conduct of Defendants was willful, wanton, malicious, and oppressive

24    in nature, and undertaken by Defendants to satisfy the Defendants' greed and without regard or

25    concern for the damages and injuries certain to be sustained by the Plaintiffs.  As a result, Plaintiffs

26    are entitled to an award of punitive and exemplary damages.

27    //

28    //

4

# THIRD CAUSE OF ACTION

(Intentional Misrepresentation Against Defendants Edward,

Lisette and DOES 1 through 100, Inclusive)

20. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 19, inclusive, of the Complaint and by this reference make them a part hereof.

21. In and around June, 2019, Defendants made the Representations to Plaintiffs.

22. The Representations were false at the time the Defendants made it, and Defendants knew them to be false. The true facts were that Defendants were not properly licensed contractors and Defendants did not have the experience and qualifications needed to properly perform the Contract work.

23. At the time Defendants made the false Representations, Plaintiffs were not aware of the falsity of the Defendants' Representations or the true facts. Plaintiffs' reliance on the Defendants' Representations was reasonable because Defendants represented themselves to be trustworthy licensed contractors.

24. As a result of the fraudulent Representations of Defendants, Plaintiffs were induced to and did enter into the Contract and pay Defendants substantial sums of money pursuant to the Contract. Had Plaintiffs known that the Defendants' Representations were false, Plaintiffs would not have taken such actions.

25. As a result of the Defendants' fraud, Plaintiffs have sustained economic damages of a nature and in an amount not less than $1,000,000 according to proof at the time of trial.

26. As a further result of the Defendants' fraud, Plaintiffs were hurt and injured in their health, strength and activity, sustaining injury to their bodies and shock and injury to their nervous systems and persons, all of which have caused and continue to cause Plaintiffs great mental and physical pain and suffering and nervousness. Plaintiffs are informed and believe and thereon allege that the injuries will result in some permanent disability, all to their general damage in an amount according to proof at the time of trial.

27. The fraudulent conduct of Defendants was willful, wanton, malicious, and oppressive in nature, and undertaken by Defendants to satisfy the Defendants' greed and without regard or

5

1    concern for the damages and injuries certain to be sustained by the Plaintiffs. As a result, Plaintiffs

2    are entitled to an award of punitive and exemplary damages.

3    **FOURTH CAUSE OF ACTION**

4    (Negligence Against All Defendants)

5    28. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through

6    27, inclusive, of the Complaint and by this reference make them a part hereof.

7    29. At all times mentioned herein, Defendants held themselves out to be and acted as general

8    building contractors. As such, Defendants owed a duty of care to Plaintiffs to perform their work

9    in compliance with all applicable laws and industry standards of workmanship.

10    30. Defendants breached the duty of care they owed to Plaintiffs by virtue of the facts and

11    circumstances alleged.

12    31. As a result of the Defendants' negligence, Plaintiffs have sustained economic damages

13    in an amount not less than $1,000,000 according to proof at the time of trial.

14    32. As a further result of the Defendants' negligence, Plaintiffs were hurt and injured in their

15    health, strength and activity, sustaining injury to their bodies and shock and injury to their nervous

16    systems and persons, all of which have caused and continue to cause Plaintiffs great mental and

17    physical pain and suffering and nervousness. Plaintiffs are informed and believe and thereon allege

18    that the injuries will result in some permanent disability, all to their general damage in an amount

19    according to proof at the time of trial.

20    **FIFTH CAUSE OF ACTION**

21    (Violation of Contractors' State License Law Against Defendants,

22    Edward, Lisette and DOES 1 through 100, Inclusive)

23    33. Plaintiffs repeat and re-allege each and every allegation contained in paragraphs 1 through

24    32, inclusive, of the Complaint and by this reference make them a part hereof.

25    34. At all times mentioned herein, Business & Professions Code §7000 *et seq.* ("Contractors'

26    State License Law") was and is a series of statutes one of the purposes of which is to protect

27    consumers and provide a private right of action to consumers injured by violations of the

28    //

From: James Klinkert    FAX 19093909999    To:    Fax (909) 708-8595    Page: 12 of 18    08/19/2020 11:55 AM

1    Contractors' State License Law. At all times herein mentioned, Plaintiffs were among the class of
2    persons intended to be protected by the Contractors' State License Law.

3    35. Defendants violated various provisions of the Contractors' State License Law and in
4    particular, without limitation, those provisions of the Contractors' State License Law requiring a
5    contractors license and governing the home improvement business (Business &Professions Code
6    §7068 and §7150-7168, respectively), by virtue of the false Representations and other conduct
7    alleged as well as by failing to include in the Contract various provisions required by law to be
8    included in a home improvement contract, the failure to complete the work in a timely manner in
9    accord with industry standards, and the performance of work in such a way as to cause damage to
10    the Property (together, the "Violations").

11    36. As a result of the Violations, Plaintiffs have sustained economic damages in an amount
12    not less than $1,000,000 according to proof at the time of trial.

13    37. As a further result of the Violations, Plaintiffs are entitled to an order requiring
14    Defendants and each of them to disgorge all monies paid and return such monies to Plaintiffs.

15                               **SIXTH CAUSE OF ACTION**

16                     (Violation of Unfair Practices Act Against Defendants

17                       Edward, Lisette and DOES 1 through 100, Inclusive)

18    38. Plaintiffs repeat and re-allege each and every allegation contained in paragraphs 1 through
19    37, inclusive, of the Complaint and by this reference make them a part hereof.

20    39. Plaintiffs are informed and believe and thereon allege that the Violations of the
21    Contractors' State License Law described above are part of Defendants' routine manner of
22    conducting business. As such, the Violations and Defendants' manner of conducting business also
23    constitute violations of the Unfair Practices Act (Business & Professions Code §17000 *et seq.*)

24    40. Plaintiffs have paid money to Defendants as a result of the unfair business practices and
25    have suffered actual loss as a result of the Defendants' unfair business practices alleged herein.
26    Plaintiffs are entitled to disgorgement and return of all monies they paid to Defendants. Plaintiffs
27    are further entitled to a temporary order, preliminary injunction and permanent injunction preventing
28    Defendants from continuing their ongoing violation of the Unfair Practices Act.

7

1              **SEVENTH CAUSE OF ACTION**

2              (Rescission and Restitution Against Defendants

3              Edward, Lisette and DOES 1 through 100, Inclusive)

4       41. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through

5    40, inclusive, of the Complaint and by this reference make them a part hereof.

6       42. By virtue of the illegality of the Contract, the lack of proper licensing and the other facts

7    and circumstances described above, Plaintiffs are entitled to judgment rescinding the Contract and

8    providing for the restitution of monies paid by Plaintiffs to Defendants.

9              **EIGHTH CAUSE OF ACTION**

10             (Declaratory Relief Against Defendants

11             Edward, Lisette and DOES 1 through 100, Inclusive)

12      43. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through

13   42, inclusive, of the Complaint and by this reference make them a part hereof.

14      44. An actual controversy has arisen and now exists between the parties with respect to the

15   enforce ability of the Contract.  Plaintiffs contend that the Contract is illegal and therefore

16   unenforceable by virtue of the Violations of the Contractors' State License Law described above.

17   Defendants apparently contend the Contract is enforceable notwithstanding the Violations of the

18   Contractors' State License law described above.

19      45.  Plaintiffs are therefore entitled to and seek a judicial declaration from this Court

20   determining that the Contract is unenforceable.

21             **NINTH CAUSE OF ACTION**

22             (Monies Had and Received Against Defendants

23             Edward, Lisette and DOES 1 through 100, Inclusive)

24      46. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through

25   44, inclusive, of the Complaint and by this reference make them a part hereof.

26      47.  Within the last two years at Rancho Cucamonga, California, Plaintiffs paid to or for

27   benefit of Defendants not less than $397,000 at the special instance and request of Defendants.

28   //

                                          8

48.  Neither all nor any portion of the money paid by Plaintiffs to Defendants has been returned to Plaintiffs despite demand therefor.

49.  Plaintiffs are therefore entitled to and request judgment in an amount of $397,000 according to proof at the time of trial for monies had and received by Defendants.

### TENTH CAUSE OF ACTION

(Conversion Against Defendants Edward,

Lisette and DOES 1 through 100, Inclusive)

50.  Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 49, inclusive, of the Complaint and by this reference make them a part hereof.

51.  In or around June, 2019, Plaintiffs were the owners of and had in their possession certain property including furniture, closet organizers, appliances, and goods and materials intended for use in the renovation of the Blumenthal Property and located at the Blumenthal Property.  Such property had a value to Plaintiffs of not less than $50,000 according to proof at the time of trial.

52.  In or around June, 2019, Defendants either took such property or refused to return such property when requested by Plaintiffs to do so, thus converting such property to their own use and benefit contrary to the ownership and rights of Plaintiffs.

53.  As a result of the Defendants' conversion, Plaintiffs have sustained economic damages in an amount not less than $50,000 according to proof at the time of trial.

54.  As a further result of the Defendants' conversion, Plaintiffs were hurt and injured in their health, strength and activity, sustaining injury to their bodies and shock and injury to their nervous systems and persons, all of which have caused and continue to cause Plaintiffs great mental and physical pain and suffering and nervousness.  Plaintiffs are informed and believe and thereon allege that the injuries will result in some permanent disability, all to their general damage in an amount according to proof at the time of trial.

55.  The conduct of Defendants constituting conversion was willful, wanton, malicious, and oppressive in nature, and undertaken by Defendants to satisfy the Defendants' greed and without regard or concern for the damages and injuries certain to be sustained by the Plaintiffs.  As a result, Plaintiffs are entitled to an award of punitive and exemplary damages.

9

1      **ELEVENTH CAUSE OF ACTION**

2          (Accounting Against Defendants Edward,

3          Lisette and DOES 1 through 100, Inclusive)

4          56. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through

5      55, inclusive, of the Complaint and by this reference make them a part hereof.

6          57. Plaintiffs are entitled to an accounting of all monies received and spent by Defendants

7      in connection with the renovation of the Blumenthal Property pursuant to the illegal contract, as well

8      as the details of such expenditures including the names and contact information for all payees and

9      all individuals who performed any work or provided any equipment or materials to the Blumenthal

10     Property in connection with its renovation.  Plaintiffs have requested such an accounting from

11     Defendants but Defendants have failed and refused and continue to fail and refuse to provide such

12     an accounting.

13         58. Plaintiffs are therefore entitled to a full and accurate accounting from Defendants of all

14     monies received and spent by Defendants in connection with the renovation of the Blumenthal

15     Property pursuant to the illegal contract, as well as the details of such expenditures including the

16     names and contact information for all payees and all individuals who performed any work or

17     provided any equipment or materials to the Blumenthal Property in connection with its renovation.

18     **TWELFTH CAUSE OF ACTION**

19         (Constructive Trust Against Defendants Edward,

20         Lisette and DOES 1 through 100, Inclusive)

21         59. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through

22     58, inclusive, of the Complaint and by this reference make them a part hereof.

23         60.  Plaintiffs are informed and·believe and thereon allege that Plaintiffs are entitled to

24     judgment imposing a constructive trust on any real or personal property acquired by the Defendants

25     in full or in part with monies found to be owing to Plaintiffs following the accounting prayed for by

26     Plaintiffs, declaring that the Defendants hold any such acquired real or personal property as

27     constructive trustees for the benefit of Plaintiffs, imposing a lien in favor of Plaintiffs on any such

28     //

1   acquired real or personal property, and requiring Defendants to deliver any such acquired real or
2   personal property to Plaintiffs.

3       WHEREFORE, Plaintiffs pray for judgment against Defendants and each of them as follows:

4   **AS TO THE FIRST CAUSE OF ACTION**

5       1. For economic damages in an amount not less than $1,000,000 according to proof at the
6   time of trial.

7   **AS TO THE SECOND CAUSE OF ACTION**

8       1. For economic damages in an amount not less than $1,000,000 according to proof at the
9   time of trial.

10      2. For general, non-economic damages in an amount not less than $250,000 according to
11  proof at the time of trial.

12      3. For an award of exemplary and punitive damages in an amount according to proof at the
13  time of trial.

14  **AS TO THE THIRD CAUSE OF ACTION**

15      1. For economic damages in an amount not less than $1,000,000 according to proof at the
16  time of trial.

17      2. For general, non-economic damages in an amount not less than $250,000 according to
18  proof at the time of trial.

19      3. For an award of exemplary and punitive damages in an amount according to proof at the
20  time of trial.

21  **AS TO THE FOURTH CAUSE OF ACTION**

22      1. For economic damages in an amount not less than $1,000,000 according to proof at the
23  time of trial.

24      2. For general, non-economic damages in an amount not less than $250,000 according to
25  proof at the time of trial.

26  **AS TO THE FIFTH CAUSE OF ACTION**

27      1. For economic damages in an amount not less than $1,000,000 according to proof at the
28  time of trial.

1       2. For judgment requiring that Defendants and each of them disgorge all monies paid and

2   return such monies to Plaintiffs.

3   **AS TO THE SIXTH CAUSE OF ACTION**

4       1. For judgment requiring that Defendants and each of them disgorge all monies paid to them

5   and to return such monies to Plaintiffs.

6       2. For a temporary order, preliminary injunction and permanent injunction preventing

7   Defendants from continuing their ongoing illegal conduct and violation of the Unfair Practices Act.

8   **AS TO THE SEVENTH CAUSE OF ACTION**

9       1. For judgment rescinding the Contract and providing for the return of all consideration

10  given by Plaintiffs to Defendants pursuant to the Contract, less the value if any of the work

11  performed by Defendants.

12  **AS TO THE EIGHTH CAUSE OF ACTION**

13      1. For a judicial declaration from this Court determining that the Contract is unenforceable.

14  **AS TO THE NINTH CAUSE OF ACTION**

15      1. For judgment in an amount not less than $397,000 according to proof at the time of trial

16  for monies had and received by Defendants.

17  **AS TO THE TENTH CAUSE OF ACTION**

18      1. For economic damages in an amount not less than $50,000 according to proof at the time

19  of trial.

20      2. For general, non-economic damages in an amount not less than $250,000 according to

21  proof at the time of trial.

22      3. For an award of exemplary and punitive damages in an amount according to proof at the

23  time of trial.

24  **AS TO THE ELEVENTH CAUSE OF ACTION**

25      1. For a full and accurate accounting from Defendants of all monies received and spent by

26  Defendants in connection with the renovation of the Blumenthal Property pursuant to the illegal

27  contract, as well as the details of such expenditures including the names and contact information for

28  //

1  all payees and all individuals who performed any work or provided any equipment or materials to

2  the Blumenthal Property in connection with its renovation.

3  **AS TO THE TWELFTH CAUSE OF ACTION**

4      1. For judgment imposing a constructive trust on any real or personal property acquired by

5  the Defendants in full or in part with monies found to be owing to Plaintiffs following the accounting

6  prayed for by Plaintiffs, declaring that the Defendants hold any such acquired real or personal

7  property as constructive trustees for the benefit of Plaintiffs, imposing a lien in favor of Plaintiffs

8  on any such acquired real or personal property, and requiring Defendants to deliver any such

9  acquired real or personal property to Plaintiffs.

10  **AS TO ALL CAUSES OF ACTION**

11      1. For costs of suit.

12      2. For such other and further relief as the Court may deem proper.

13      3. For pre-judgment interest according to proof at trial.

14

15  Dated: August 14, 2020        KLINKERT, GUTIERREZ & NEAVEL

16                  By: _____

17                     James E. Klinkert
                   Paul J. Gutierrez

18                     Kelly A. Neavel
                   Attorneys for Plaintiffs

19                     Joshua Blumenthal and Monica Blumenthal

20

21

22

23

24

25

26

27

28

**RECEIVED**

AUG 1 9 2020

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

# EXHIBIT B

1    James E. Klinkert (SBN 115937)
2    Paul J. Gutierrez (SBN 177606)
     Kelly A. Neavel (SBN 244107)
3    KLINKERT, GUTIERREZ & NEAVEL
     1407 N. Batavia St., Suite 202
4    Orange, CA 92867
5    Tel.: (909) 390-9999
     jklinkert@rkmattorneys.com
6    kneavel@rkmattorneys.com

7    **ASSOCIATED COUNSEL**
8    Glen J. Biondi, Esq. (SBN 207744)
     BIONDI LAW FIRM
9    31610 Railroad Canyon Road, Ste. 2
     Canyon Lake, CA 92587
10   Tel: (951) 246-6145
     glen@biondilawcorp.com
11

12
     Attorney for Plaintiffs Joshua Blumenthal and Monica Blumenthal
13

14                  UNITED STATES BANKRUPTCY COURT

15                  CENTRAL DISTRICT OF CALIFORNIA

16
     In re Edward Young and Lisette Young,        Case No.:  6:20-bk-16824-SY
17
18              Debtors.                           Chapter 7

19   JOSHUA BLUMENTHAL and MONICA
     BLUMENTHAL,
20                                                 ADV. NO.:

21              Plaintiffs,                        COMPLAINT OBJECTING TO
                                                   DISCHARGE AND TO DETERMINE
22        v.                                       DISCHARGEABILITY OF DEBT (11
                                                   U.S.C. §§ 523(a)(2)(A) and 523(a)(6))
23   EDWARD YOUNG, an individual; LISETTE
24   YOUNG, fka Lisette Lanuza, an individual

25
26              Defendants.

27        Plaintiffs JOSHUA BLUMENTHAL and MONICA BLUMENTHAL ("Blumenthal")
28   allege as follows:

                                        1
             Complaint Objecting to Discharge and to Determine Dischargeability of Debt

1

JURISDICTION

2      1.      This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§1334

3    and 157 (b)(2)(I) and (J) and this Complaint is based on 11 U.S.C. §523.  This is an adversary

4    core proceeding to determine the Debtors' right to discharge and the dischargeability of

5    Debtors' obligation to Plaintiffs.

6      2.      On October 14, 2020, Defendants EDWARD YOUNG and LISETTE YOUNG, as

7    the Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, Case

8    No. 6:20-bk-16824-SY in the United States Bankruptcy Court, Central District of California.

9

VENUE

10      3.      Plaintiffs are informed and believe and based thereon allege that:

11      a.      Defendants entered into and engaged in acts, and performed and/or

12    breached written agreements in San Bernardino County, California;

13      b.      Certain loan obligations contain a choice of venue clause providing that if

14    there is a lawsuit, defendant agreed upon plaintiff's request to submit to the jurisdiction to the

15    Courts in Los Angeles County, California.

16

PARTIES

17      4.      Plaintiffs Joshua Blumenthal and Monica Blumenthal (collectively as

18    "Plaintiffs") are, and at all times mentioned herein were, individuals residing in the County of

19    San Bernardino, State of California.

20      5.      Defendant EDWARD YOUNG ("EDWARD" or collectively as "Defendants") is

21    the debtor and at all times mentioned herein was an individual doing business as Young &

22    Associates Construction and Young & Associates Construction Services in the County of San

23    Bernardino, State of California.

24      6.      Defendant LISETTE YOUNG, fka, Lisette Lanuza ("LISETTE" or collectively as

25    "Defendants") is the debtor and at all times mentioned herein was an individual doing business

26    as Young & Associates Construction, Young & Associates Construction Services, and Lisette

27    Young Interior Design in the County of San Bernardino, State of California.

28

2

Complaint Objecting to Discharge and to Determine Dischargeability of Debt

FIRST CLAIM FOR RELIEF

(Pursuant to 11 U.S.C. §§ 523(a)(2)(A))

7.    In or around June, 2019, Plaintiffs were induced to enter into a contract with Defendants for the design, construction and renovation of the residence located at 14201 Ross Court, Rancho Cucamonga, California ("Blumenthal Property") including without limitation to flooring, drywall, interior and exterior paint, electrical, HVAC, doors, windows, cabinets, plumbing, remodeling of bathrooms, remodeling of kitchen, concrete, patio, block wall, built in barbecue and entertainment area, garage door replacement, and landscape and design ("Contract").  The Contract was oral but is evidenced by invoices and other writings.  At the time, EDWARD and LISETTE represented to Plaintiffs that Defendants Edward, Young & Associates Construction and Young & Associates Construction Services were properly licensed general building contractors in the State of California with substantial experience in the design and construction of real property improvements similar to those required by the Contract ("Representations").

8.    Defendants failed to properly complete the work required by the Contract.  The work under the Contract was defective and inadequate in numerous ways, including the failure to obtain necessary building permits, the failure of the work to conform to industry standards of workmanship, the failure to provide information requested by Plaintiffs as to the identity and qualifications of persons performing work at the Blumenthal Property, and the failure to provide lien releases and other work-related documentation to Plaintiffs.   As of January, 2020, Plaintiffs had paid, directly and indirectly, more than $397,000 to Defendants for the defective work.  Plaintiffs are informed and believe and thereon allege that the amounts paid to Defendants, plus the cost of remediating the defective work, plus the lost use and enjoyment of the Blumenthal Property, will exceed $1,000,000.

9.    In June 2020, EDWARD and LISETTE induced Plaintiffs to enter into the Contract by the Representations alleged above that Defendants were experienced, well qualified and properly licensed general building contractors.

10.    Plaintiffs decision to hire EDWARD and LISETTE and to pay monies to

3

Complaint Objecting to Discharge and to Determine Dischargability of Debt

1  EDWARD and LISETTE was the direct result of the Representations made by Defendants.

2      11.    The Representations were false and Defendants knew them to be false at the time
3  they were made.   The true facts were that EDWARD and LISETTE were not and had never
4  been properly licensed general building contractors, and Defendants were not experienced or
5  well qualified to perform the Contract work.

6      12.    Defendants concealed and suppressed the Representations described above.

7      13.    Defendants suppressed and concealed the facts described above to defraud
8  Plaintiffs.  The suppressions and concealments of the facts were made with the intent to induce
9  Plaintiffs to hire Defendants and to pay monies to Defendants.

10     14.    Plaintiffs trusted Defendants.  Plaintiffs were completely unaware of the true
11  facts that Defendants concealed and suppressed.

12     15.    At the time Defendants made the Representations alleged herein, Plaintiffs were
13  not aware of the falsity of the Representations and believed the Representations to be true.
14  Plaintiffs' reliance on the Defendants' promises and guarantees was reasonable because
15  Defendants represented themselves to be trustworthy licensed contractors.

16     16.    As a result of the false Representations made by Defendants, Plaintiffs were
17  induced to and did enter into the Contract and pay Defendants substantial sums of money.  Had
18  Plaintiffs known the true facts, they would not have taken such actions.

19     17.    As a proximate result of Defendants' fraudulent suppression and concealment of
20  the true material facts, Plaintiffs have suffered general and special damages and are entitled to
21  compensation in an amount to be proven at trial of at least $1,000,000. Plaintiffs allege that the
22  conduct of Defendants as alleged herein prevents the court from discharging any obligation
23  owed by them to Joshua and Monica Blumenthal pursuant to 11 U.S.C. §§ 523(a)(2)(B).

24     18.    Defendants engaged in conduct described above with oppression, malice or fraud,
25  and with the intent to vex, injure, and annoy Plaintiffs and deprive them of their right to
26  property.  Therefore, Plaintiffs are entitled to punitive damages in an amount to be proved at
27  trial. The aforementioned conduct of EDWARD and LISETTE, to intentional misrepresent,
28  deceive and conceal material facts known to Defendants, was done with the intention to deny

4

Complaint Objecting to Discharge and to Determine Dischargability of Debt

1    Plaintiffs of property and legal rights and to otherwise cause them injury.

2        19.    The debt to Plaintiffs should therefore be ruled as non-dischargeable under

3    Bankruptcy Code sections 523(a)(2)(A).

4                        SECOND CLAIM FOR RELIEF

5                      (Pursuant to 11 U.S.C. §§ 523(a)(6))

6        20.    Plaintiffs reallege and incorporate by reference the allegations set forth in

7    paragraphs 1 through 19, inclusive, of this Complaint as though fully set forth herein.

8        21.    In or around June, 2019, Plaintiffs were the owners of and had in their possession

9    certain property including furniture, closet organizers, appliances, and goods and materials

10    intended for use in the renovation of the Blumenthal Property and located at the Blumenthal

11    Property.  Such property had a value to Plaintiffs of not less than $50,000 according to proof at

12    the time of trial.

13        22.    In or around June, 2019, Defendants either took such property or refused to

14    return such property when requested by Plaintiffs to do so, thus converting such property to

15    their own use and benefit contrary to the ownership and rights of Plaintiffs.

16        23.    In defrauding Plaintiffs, concealing and suppressing the false Representations, as

17    alleged above, and in taking Plaintiffs' property, Defendants engaged in conduct that caused a

18    conversion of Plaintiffs' funds and property that was both willful and malicious.

19        24.    As a proximate result of Defendants' fraud, Plaintiffs have general and special

20    damages and are entitled to compensation in an amount to be proved at trial of at least

21    $1,000,000.

22        25.    Defendants engaged in conduct described above with oppression, malice or fraud,

23    and with the intent to vex, injure, and annoy Plaintiffs and deprive them of their right to

24    property. Therefore, Plaintiffs are entitled to punitive damages in an amount to be proved at

25    trial. The debt to Plaintiffs is nondischargeable under Bankruptcy Code section 523(a)(6).

26        WHEREFORE, Plaintiffs respectfully request:

27        1.    That the debt owed to Plaintiffs not be discharged pursuant to 11 U.S.C. §§

28    523(a)(2)(A) and 523(a)(6);

5

Complaint Objecting to Discharge and to Determine Dischargeability of Debt

1   2.  That Plaintiffs be awarded their costs of suit herein;

2   3.  For pre-judgment interest according to proof at trial;

3   4.  For punitive damages in an amount sufficient to punish Defendants and to deter

4 Defendants and others from engaging in similar conduct; and

5   5.  That Plaintiffs be granted such other and further relief as is just and proper.

6

7 DATED: January 15, 2021  By: _____

8          Glen J. Biondi

9          James E. Klinkert

           Kelly A. Neavel

10         Attorney for Plaintiffs

6

Complaint Objecting to Discharge and to Determine Dischargability of Debt

# EXHIBIT C

HESTON & HESTON, ATTORNEYS AT LAW
Benjamin R. Heston (State Bar No. 297798)
Halli B. Heston (State Bar No. 90737)
Richard G. Heston (State Bar No. 90738)
19700 Fairchild Road, Suite 280
Irvine, California 92612-2521
Tel: (951) 290-2827
Fax: (949) 222-1043
*ben@hestonlaw.com*

Attorneys for Defendants

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD YOUNG, and<br><br>LISETTE YOUNG,<br><br>　　　　Debtors. | Case No.: 6:20-bk-16824-SY<br><br>Chapter 7<br><br>Adv. No.: 6:21-ap-01010-SY<br><br>**ANSWER TO ADVERSARY COMPLAINT** |
| JOSHUA A. BLUMENTHAL, and<br><br>MONICA BLUMENTHAL<br><br>　　　　Plaintiffs,<br><br>v.<br><br>EDWARD YOUNG, an individual; and<br><br>LISETTE YOUNG, fka Lisette Lanuza, an individual,<br><br>　　　　Defendants. | **Status Hearing**<br>**Date: April 15, 2021**<br>**Time: 9:30 a.m.**<br>**Courtroom 302** |

HESTON & HESTON, ATTORNEYS AT LAW
19700 FAIRCHILD ROAD, SUITE 280
IRVINE, CALIFORNIA 92612-2521
(949) 222-1041

Defendants, Edward Young and Lisette Young, hereby answer the Complaint of Plaintiffs, Joshua A. Blumenthal and Monica Blumenthal, as follows:

//

1

HESTON & HESTON, ATTORNEYS AT LAW
19700 FAIRCHILD ROAD, SUITE 280
IRVINE, CALIFORNIA 92612-2521
(949) 222-1041

1. Defendants neither admit or deny the allegations contained in Paragraph 1 of the Complaint on the basis that these allegations are legal conclusions.

2. Defendants admit the allegations contained in Paragraph 2 of the Complaint.

3. Defendants deny the allegations contained in Paragraph 3(a) of the Complaint. Defendants deny the allegations contained in Paragraph 3(b) of the Complaint on the basis that they are not aware of the documents that these provisions would be contained in or whether these allegations fully and accurately describe the nature of these contracts.

4. Defendants neither admit nor deny the allegations contained in Paragraph 4 of the Complaint of the basis that they are not aware of such facts.

5. Defendants admit the allegations contained in Paragraph 5 of the Complaint.

6. Defendants admit the allegations contained in Paragraph 6 of the Complaint.

7. Defendants deny the allegations contained in Paragraph 7 of the Complaint.

8. Defendants deny the allegations contained in Paragraph 8 with respect to contractual terms and agreements. Defendants deny all further allegations contained Paragraph 8 of the Complaint.

9. Defendants deny the allegations contained in Paragraph 9 of the Complaint.

10. Defendants deny the allegations contained in Paragraph 10 of the Complaint as they are not aware of Plaintiffs' state of mind. Defendants deny that they made any false representations.

11. Defendants deny the allegations contained in Paragraph 11 of the Complaint.

12. Defendants deny the allegations contained in Paragraph 12 of the Complaint.

13. Defendants deny the allegations contained in Paragraph 13 of the Complaint.

14. Defendants deny the allegations contained in Paragraph 14 of the Complaint as they not aware of Plaintiffs' state of mind. Defendants deny the allegations contained in Paragraph 14 of the Complaint with respect to any false representations.

15. Defendants deny the allegations contained in Paragraph 15 of the Complaint as they not aware of Plaintiffs' state of mind. Defendants further deny the allegations contained in Paragraph 15 of the Complaint with respect to any false representations.

2

HESTON & HESTON, ATTORNEYS AT LAW
19700 FAIRCHILD ROAD, SUITE 280
IRVINE, CALIFORNIA 92612-2521
(949) 222-1041

16. Defendants deny the allegations contained in Paragraph 16 of the Complaint with respect to any false representations. Defendants deny the other allegations contained in Paragraph 16 of the Complaint as they are not aware of Plaintiffs' state of mind.

17. Defendants deny the allegations contained in Paragraph 17 of the Complaint.

18. Defendants deny the allegations contained in Paragraph 18 of the Complaint.

19. Defendants deny the allegations contained in Paragraph 19 of the Complaint.

20. As to Paragraph 20 of the Complaint, Defendants restates and fully incorporates by reference all of the admissions, denials, and other statements made in the preceding paragraphs.

21. Defendants deny the allegations contained in Paragraph 21 of the Complaint.

22. Defendants deny the allegations contained in Paragraph 22 of the Complaint.

23. Defendants deny the allegations contained in Paragraph 23 of the Complaint.

## AFFIRMATIVE DEFENSES

Defendants allege the following affirmative defenses and reserve the right to assert additional defenses.

1. **No Breach of Contract by Defendants**

   Defendants assert that they have no breached any contract entered into between Parties.

2. **Unclean Hands**

   Defendants assert that Plaintiffs have committed wrongful acts and are attempting to benefit from these wrongdoings.

3. **Failure to Mitigate Damages**

   Defendants assert that Plaintiff has failed to take reasonable steps to mitigate damages that they are alleging.

4. **Waiver**

   The Defendants assert that Plaintiffs have engaged in actions such that they have waived their right to sue.

3

HESTON & HESTON, ATTORNEYS AT LAW
19700 FAIRCHILD ROAD, SUITE 280
IRVINE, CALIFORNIA 92612-2521
(949) 222-1041

5. **Unjust Enrichment**

Defendants assert that Plaintiffs would be unjustly enriched if they were to prevail in this case.

6. **Satisfaction**

Defendants assert that they contracts entered into between parties have been fully satisfied.

7. **Substantial Compliance**

Defendants assert that they have substantially complied with such contracts to the extent that it would be unfair and unjust for Plaintiffs to prevail in this case.

8. **Prevention of Performance**

Defendants assert that Plaintiffs have engaged in behavior that made it unreasonable or impossible to perform on contracts entered into between Parties.

9. **Return of Goods**

Defendants assert that they have returned goods that were in their lawful possession back to the Plaintiffs for which Plaintiffs are now seeking damages.

10. **Fraud, Deceit, Misrepresentation by Plaintiffs**

Defendants assert that Plaintiffs have engaged in fraudulent and other behavior that should void contracts and offset damages.

11. **Failure of Condition Precedent**

Defendants assert that certain of their obligations were conditioned upon terms that the Plaintiffs failed to perform.

12. **Quantum Meruit**

Defendants assert that Plaintiff should not be entitled to more than the fair market value of goods and services for which they received.

13. **Offset**

Defendants assert that they are owed money by Plaintiff that would offset any of their damages.

4

1

**PRAYER FOR RELIEF**

2          Wherefore, Defendants pray the Court enter a judgment in favor of Defendants and order as

3    follows:

4          1.   Plaintiffs' Complaint is dismissed with prejudice;

5          2.   Plaintiffs take no relief from the Complaint;

6          3.   Defendants be awarded costs of suit and attorneys' fees;

7          4.   Any further relief the Court deems just and necessary.

8

9                                           HESTON & HESTON
                                            Attorneys at Law
10

11   Date: February 18, 2021

12                                          BENJAMIN R. HESTON
                                            Attorney for Debtor(s)
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HESTON & HESTON, ATTORNEYS AT LAW
19700 FAIRCHILD ROAD, SUITE 280
IRVINE, CALIFORNIA 92612-2521
(949) 222-1041

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

19700 Fairchild Road, Suite 280
Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **ANSWER TO ADVERSARY COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/18/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Glen J Biondi    glen@biondilawcorp.com, biondigr80135@notify.bestcase.com
- Arturo Cisneros (TR)    amctrustee@mclaw.org,
  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- Paul J Gutierrez    pgutierrez@rkmattorneys.com
- Kelly A Neavel    shelly@glawgroupapc.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/18/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Attorney for Plaintiff**
James E Klinkert
Klinkert, Gutierrez & Neavel
1407 N. Batavia St
Orange, CA 91761

**JUDGE**
Hon. Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/18/2021 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

# EXHIBIT D

1   James E. Klinkert (State Bar No. 115937)
    Paul J. Gutierrez (State Bar No. 177606)
2   Kelly Neavel (State Bar No. 244107)
    KLINKERT, GUTIERREZ & NEAVEL
3   1407 N. Batavia Street, Suite 202
    Orange, CA 92867
4   (909) 390-9999
    jklinkert@rkmattorneys.com
5   pgutierrez@rkmattorneys.com
    kneavel@rkmattorneys.com
6
    Attorney for Plaintiffs Joshua Blumenthal
7   and Monica Blumenthal

8   HESTON & HESTON, ATTORNEYS AT LAW
    BENJAMIN R. HESTON (State Bar No. 297798)
9   HALLI B. HESTON (State Bar No. 90737)
    RICHARD G. HESTON (State Bar No. 90738)
10  19700 Fairchild Road, Suite 280
    Irvine, California 92612-2521
11  Tel: (951) 290-2827
    Fax: (949) 222-1043
12  ben@hestonlaw.com

13  Attorneys for Defendants
    Edward and Lisette Young
14

15              **UNITED STATES BANKRUPTCY COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

17                    **RIVERSIDE DIVISION**

18  In re:                                Case No.: 6:20-bk-16824-SY

19  EDWARD YOUNG, and LISETTE             Chapter 7
    YOUNG,
20                                         Adv No.: 6:21-ap-01010-SY
            Debtors.
21                                         **JOINT PRE-TRIAL STIPULATION**

22  JOSHUA A. BLUMENTHAL, and             Pre-Trial Conference
    MONICA BLUMENTHAL,                    Date: August 12, 2021
23                                         Time: 9:30 a.m.
            Plaintiffs,                    Courtroom 302
24                                         3420 Twelfth Street
    v.                                     Riverside, CA 92501
25
    EDWARD YOUNG, an individual; and
26  LISETTE YOUNG, fka Lisette Lanuza, an
    individual,
27
            Defendants.
28

                                    1

TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE:

Joshua Blumenthal and Monica Blumenthal ("PLAINTIFFS"), and Edward Young and Lisette Young, fka Lisette Lanuza ("DEFENDANTS"), through their respective attorneys of record, Klinkert, Gutierrez & Neavel, and Heston & Heston, stipulate as follows:

A. The following facts are admitted and require no proof:

1.     Defendant EDWARD YOUNG ("EDWARD") was an individual doing business as Young & Associates Construction and Young & Associates Construction Services in the County of San Bernardino, State of California, in 2019 and 2020.

2.     Defendant LISETTE YOUNG, fka, Lisette Lanuza ("LISETTE") was an individual doing business as Young & Associates Construction, Young & Associates Construction Services, and Lisette Young Interior Design in the County of San Bernardino, State of California in 2019 and 2020.

3.     In June, 2019, Joshua Blumenthal ("JOSHUA") and Monica Blumenthal ("MONICA") entered into an oral contract with EDWARD and LISETTE for the design, construction and renovation of the residence located at 14201 Ross Court, Rancho Cucamonga, California (the "Blumenthal Property") including flooring, drywall, interior and exterior paint, electrical, HVAC, doors, windows, cabinets, plumbing, remodeling of bathrooms, remodeling of kitchen, concrete, patio, block wall, garage door replacement, and landscape and design (the "Contract").

4.     At the time of the formation of the Contract and during the duration of the work called for under the Contract neither EDWARD nor LISETTE were licensed contractors.

B. The following issues of fact, and no others, remain to be litigated:

1.     Whether PLAINTIFFS were induced to enter into the Contract by EDWARD and LISETTE's representations that EDWARD and LISETTE dba Edward, Young & Associates Construction and Young & Associates Construction Services were properly licensed general

1

building contractors in the State of California with substantial experience in the design and
construction of real property improvements similar to those required by the Contract (the
"Representations").

2.      Whether the Representations, if made, were false.

3.      Whether PLAINTIFFS justifiably relied on the alleged Representations.

4.      Whether EDWARD and LISETTE concealed and suppressed the true facts about
the alleged Representations.

5.      Whether PLAINTIFFS were contracted to design and construct a built-in
barbeque and entertainment area.

6.      Whether EDWARD and LISETTE properly completed the work required by the
Contract.

7.      Whether the work performed by EDWARD and LISETTE under the Contract was
defective or inadequate under the Contract, applicable law and industry standards.

8.      Whether PLAINTIFFS paid at least $397,000 to EDWARD and LISETTE for
Contract work.

9.      What the cost would be to remediate the allegedly defective work.

10.     What the cost was to PLAINTIFFS for the alleged lost use and enjoyment of the
Blumenthal Property.

11.     Whether the conduct of EDWARD and LISETTE in making the alleged
Representations and/or performing the Contract work was done with oppression, malice or
fraud, and with the intent to vex, injure, and annoy PLAINTIFFS and therefore entitling
PLAINTIFFS to punitive damages.

12.     Whether in or around June of 2019, PLAINTIFFS were the owners of and had in
their possession certain property (the "Personal Property"), including furniture, closet
organizers, appliances, and goods and materials intended for use in the renovation of the
Blumenthal Property and located at the Blumenthal Property, the scope of such Personal
Property and the value of such Personal Property.

2

13.    Whether EDWARD and LISETTE either took such Personal Property described in paragraph 12 or refused to return such Personal Property when requested by Plaintiffs to do so, thus converting such Personal Property to their own use and benefit.

14.    If PLAINTIFFS prove that DEFENDANTS engaged in the conduct described in the preceding paragraph, whether the alleged conduct of EDWARD and LISETTE in converting such Personal Property was done with oppression, malice or fraud, and with the intent to vex, injure, and annoy PLAINTIFFS and therefore entitling PLAINTIFFS to punitive damages.

15.    Whether PLAINTIFFS' damages, if any, were the result of the alleged Representations.

16.    Whether PLAINTIFFS ordered and paid for work from DEFENDANTS and then cancelled such work as a scheme intended to convert funds received from JOSHUA's trust fund into JOSHUA's personal funds.

17.    Whether PLAINTIFFS engaged in conduct that affected DEFENDANTS' ability to perform the Contracts.

18.    Whether any damages suffered by PLAINTIFFS were due in part to their own conduct.

19.    The extent to which DEFENDANTS have been harmed by PLAINTIFFS.

20.    Whether PLAINTIFFS engaged in conduct that should prevent them from seeking relief in this Court.

C.    The following issues of law, and no others, remain to be litigated:

1.    Whether the DEFENDANTS' conduct constitutes "false pretenses, a false representation, or actual fraud, other than a statement respecting the debtor's or an insider's financial condition" as defined in Section 523(a)(2)(A).

2.    Whether any and all damages flowing from the DEFENDANTS' conduct constitutes a debt obtained by "false pretenses, a false representation, or actual fraud, other

3

than a statement respecting the debtor's or an insider's financial condition." as defined in

Section 523(a)(2)(A) and thus entitles PLAINTIFFS to a determination of

nondischargeability and money damages in PLAINTIFFS' favor totaling no less than

$1,000,000, consisting of no less than disgorgement of $397,000 in alleged out of pocket

losses, the cost to repair allegedly defective work according to proof and punitive damages,

plus interest at the legal rate allowed under California law for damages against

DEFENDANTS.

     3.    Whether the Defendants' alleged conduct constitutes "willful and malicious injury

by the debtor to another or the property of another" as defined in Section 523(a)(6).

     4.    Whether any and all damages allegedly flowing from the DEFENDANTS'

conduct constitutes "willful and malicious injury by the debtor to another or the property of

another" as defined in Section 523(a)(6) and thus entitles PLAINTIFFS to a determination of

nondischargeability and money damages in PLAINTIFFS' favor totaling no less than

$1,000,000, consisting of no less than disgorgement of $50,000 in alleged out of pocket loss

of the value of converted property and punitive damages, plus interest at the legal rate

allowed under California law for damages against DEFENDANTS.

.

D.  Attached are lists of exhibits intended to be offered at the trial by each party other than

    exhibits to be used for impeachment purposes only.

E.  The parties have exchanged a list of witnesses to be called at trial.

F.  Other matters that might affect the trial such as anticipated motions in limine, motions to

    withdraw the reference due to timely jury trial demand pursuant to LBR 9015.-2, or other

    pre-trial motions: None anticipated.

G.  All discovery is complete.

H.  The parties are ready for trial.

I.  The estimated length of trial is 3-4 days.

J.  The foregoing admissions have been made by the parties, and the parties have specified

4

1    the foregoing issues of fact and law remaining to be litigated. Therefore, this order

2    supersedes the pleadings and governs the course of trial of this cause, unless modified to

3    prevent manifest injustice.

4

5
      Dated: July 29, 2021                        KLINKERT, GUTIERREZ & NEAVEL
6

7                                                       /s/ James E. Klinkert
                                                  By:_____
8                                                    James E. Klinkert
                                                     Attorneys for Plaintiffs
9

10

11                                                HESTON & HESTON,
                                                  ATTORNEYS AT LAW
12

13    Dated: July 29, 2021                        _____
                                                  BENJAMIN HESTON,
14                                                Attorneys for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           5

1

EXHIBIT A

2

PLAINTIFFS' LIST OF EXHIBITS AND WITNESSES

3

<u>Trial Exhibits</u>

4
5
6
7
8
9

1. Project contract documentation
2. Project photos and video
3. Project invoices
4. Project receipts
5. Certified license histories from CSLB
6. Inspection summary
7. Project inspection reports
8. Payment summaries and canceled checks
9. Correspondence and emails between Blumenthal and Young
10. Civil complaint

<u>Witnesses</u>

10
11
12
13
14
15
16

1. Joshua Blumenthal
2. Monica Blumenthal
3. Edward Young
4. Lisette Young
5. Young & Associates person most knowledgeable
6. George Gibson
7. Southwest Plumbing person most knowledgeable
8. Red Wolf Electric person most knowledgeable
9. Harro's Cabinets person most knowledgeable
10. The Window Guys person most knowledgeable
11. Therese Casey
12. All Pro person most knowledgeable
13. So Cal Shower Door person most knowledgeable

17
18
19
20
21
22
23
24
25
26
27
28

6

1
EXHIBIT B

2
DEFENDANTS' LIST OF EXHIBITS AND WITNESSES

3
Exhibits

4
1. Drawings and renderings of work to be performed
2. Design contracts

5
3. Construction contracts
4. Email and text message correspondence regarding formation and scope of contracts

6
5. Invoices
6. Evidence of payments

7
7. Photographs of Property prior to work being performed
8. Photographs of work in progress

8
9. Photographs of completed work
10. Photographs of alterations and changes made to Property after Defendants completed

9
work

10

Witnesses

11
1. Edward Young- Will provide testimony as to contracts and negotiations, representations

12
to Plaintiffs, performance of work, and other conduct of Plaintiffs.
2. Lisette Young – Will provide testimony as to contracts and negotiations, representations

13
to Plaintiffs, performance of work, and other conduct of Plaintiffs.
3. Therese Casey – Will corroborate Defendants' testimony.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**19700 Fairchild Road, Suite 280
Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*): **JOINT PRE-TRIAL STIPULATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 29, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Glen J Biondi    glen@biondilawcorp.com, biondigr80135@notify.bestcase.com
Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Paul J Gutierrez    pgutierrez@rkmattorneys.com
Benjamin R Heston    docs@hestonlaw.com, HestonBR41032@notify.bestcase.com,handhecf@gmail.com
Kelly A Neavel    shelly@glawgroupapc.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) July 29, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott H. Yun
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

James E Klinkert
Klinkert, Gutierrez & Neavel
1407 N. Batavia St
Orange, CA 91761

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 29, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 29, 2021 | Yanira Flores | /s/Yanira Flores |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

# EXHIBIT E

**M** Gmail                                     Lisette Young <lisette.lanuza@gmail.com>

### Interior Design Letter of Agreement for Ross Court
1 message

**Lisette L. Young** <lisette.lanuza@gmail.com>          Sat, Jun 8, 2019 at 8:39 PM
To: caseytherese@live.com

Okay- here you go!

Eddie will send you his proposal for construction once the initial trades have
completed the walk through on Friday.  Let me know if you have any questions. I'll
send the invoice for my deposit next.

Have a great week!

- L

📄 **Ross Court Renovation (2).pdf**
189K

**01**

**02**

**M** Gmail                                     Lisette Young <lisette.lanuza@gmail.com>

### kitchen renders
1 message

**Lisette L. Young** <lisette.lanuza@gmail.com>          Mon, Jun 17, 2019 at 9:01 PM
To: caseytherese@live.com

Here you go! I tried doing an option with an island that would house the stove top
range but it was just too tight and the vent hood over the top really blocked the view
so this is the best option for a nice open, airy kitchen. Door style details weren't
rendered but I will select a nice simple shaker style.

I did a 2 tone effect using wood in the tall casework only and left the rest of the
cabinetry white. We can do all white as well, just wanted to show an option with
something different-  Banquette base will include storage drawers underneath and
the open shelving can have uppers instead. Back splash will be a rustic but polished
subway tile stacked straight, horizontally. A single glass paneled door can replace
the counter at the end of the banquette if they need another entrance.

Once I receive the rest of the plans from our drafter, I will start working on the
laundry room and then the master. I want to start with these "high priority" rooms
first. **02**

**03**

6 attachments



**ross court kitchen- kitchen front
view.jpg**
482K

**ross court kitchen- coffee and drink
station.jpg**
401K

**ross court kitchen- range wall.jpg**
421K

**03**

**04**

**ross court kitchen- back view.jpg**
554K

**ross court kitchen- built in.jpg**
423K

**ross court kitchen- banquette
seating.jpg**
521K

**04**

**05**

**06**



M Gmail                                    Lisette Young <lisette.lanuza@gmail.com>

---

## Kitchen Millwork quotes
3 messages

**Lisette L. Young** <lisette.lanuza@gmail.com>         Thu, Jun 20, 2019 at 11:22 AM
To: caseytherese@live.com

Hi!

The SEMI CUSTOM quote is the one like my render with 2 different finishes.

The ALL STOCK quote is all white.

Both include the built in and banquette seating, and wood range hood- we can. also not include the hood and just do stainless. Let me know what you decide :)

Warmest regards,

Lisette Young

**06**

---

2 attachments        **07**

📎 **ALL SEMI CUSTOM- 06.19.2019 Lisette Young revised.pdf**
   69K

📎 **ALL STOCK- 06.20.2019 Lisette Young revised.pdf**
   69K

**Therese Casey** <caseytherese@live.com>         Thu, Jun 20, 2019 at 12:56 PM
To: "Lisette L. Young" <lisette.lanuza@gmail.com>

Hi! Can you send samples of the hardware you imagine on the cabinets. She will probably want you to select and also see sample of the cabinet, stain, counter all together to decide? I will go over this with her today. The boxed in fan is nice so I think that will stay. Monica likes the 2 tones and I think stained wood will be great in those areas. She also wants a stainless sink. The porcelain sink there now is full of nicks. She thinks a quality gauge stainless will hold up better. What about the counter? Quartz?

Sent from my iPhone
[Quoted text hidden]
> <ALL SEMI CUSTOM- 06.19.2019 Lisette Young revised.pdf>
> <ALL STOCK- 06.20.2019 Lisette Young revised.pdf>

**Lisette Young** <lisette.lanuza@gmail.com>         Thu, Jun 20, 2019 at 1:23 PM
**07**

To: Therese Casey <caseytherese@live.com>         **08**

Great-  That hood really makes a statement! Oh ok yes stainless steel is much more forgiving and stays looking nice for longer.

Haro's will have sample doors for sure, so Ill get  samples together for counters(Im thinking a quartz that mimics soapstone) Ill get a few options ) backsplash etc. I could have what I need by early next week. Mon or Tuesday- Ill let you know as soon I get in everything.

Warmest regards,

Lisette Young
[Quoted text hidden]

**08**



M Gmail

Lisette Young <lisette.lanuza@gmail.com>

**Fwd: Young & Associates Construction has sent you a proposal (0000002)**
1 message

**Josh Blumenthal** <blucrew2017@gmail.com>                    Sun, Jun 23, 2019 at 1:25 PM
To: theresemcasey <caseytherese@live.com>, lisette.lanuza@gmail.com

Please see attached signed document.

---------- Forwarded message ----------
From: **Therese Casey** <caseytherese@live.com>
Date: Sun, Jun 23, 2019 at 1:17 PM
Subject: Fwd: Young & Associates Construction has sent you a proposal (0000002)
To: blucrew2017@gmail.com <blucrew2017@gmail.com>

Sent from my iPhone

Begin forwarded message:

**From:** Young & Associates Construction via FreshBooks <mail@freshbooks.com>
**Date:** June 18, 2019 at 10:12:38 PM PDT
**To:** <caseytherese@live.com>
**Subject: Young & Associates Construction has sent you a proposal (0000002)**
**Reply-To:** <youngedward@yahoo.com>

## Young & Associates Construction

**Young & Associates Construction** sent you a proposal (0000002)

View Your Proposal

Powered by **FreshBooks** cloud accounting

Create invoices, track expenses and collaborate on projects with FreshBooks. Get Started.



Proposal 0000002.pdf
102K

M Gmail

Lisette Young <lisette.lanuza@gmail.com>

**Laundry Room**
3 messages

**Lisette L. Young** <lisette.lanuza@gmail.com>               Thu, Jun 27, 2019 at 8:00 AM
To: Therese Casey <caseytherese@live.com>

Hello!

Here is the my idea for the new laundry room- so much better!

**4 attachments**

**ross court laundry room1.jpg**
254K



**ross court laundry room2.jpg**
250K

**ross court laundry room4.jpg**
293K

**ross court laundry room3.jpg**
279K

**13**

**Therese Casey** <caseytherese@live.com>                    Tue, Jul 2, 2019 at 8:44 AM
To: "Lisette L. Young" <lisette.lanuza@gmail.com>

I love the laundry room! The only issue I see is she wanted double washer/dryer (2
of each). The area where the square cubbies are could change to a full depth
counter if it isn't already. That could be her "folding area".

Sent from my iPhone

> On Jun 27, 2019, at 8:00 AM, Lisette L. Young <lisette.lanuza@gmail.com> wrote:
>
> Hello!
>
> Here is the my idea for the new laundry room- so much better!
> <ross court laundry room1.jpg>
> <ross court laundry room2.jpg>
> <ross court laundry room4.jpg>
> <ross court laundry room3.jpg>

**Lisette L. Young** <lisette.lanuza@gmail.com>                    Tue, Jul 2, 2019 at 9:59 AM
To: Therese Casey <caseytherese@live.com>

Okay sounds good! I'll tweak this and send out a new one

**14**

Warmest regards,                                                          **15**

Lisette Young
[Quoted text hidden]

**15**

# EXHIBIT F

M Gmail

Lisette Young <lisette.lanuza@gmail.com>

## WOOD LOOK FLOORING ORDER

1 message

**Lisette L. Young** <lisette.lanuza@gmail.com>                                      Wed, Jul 3, 2019 at 7:08 AM
To: Therese Casey <caseytherese@live.com>
Cc: "YOUNGEDWARDJ@YAHOO.COM" <youngedwardj@yahoo.com>

Good morning!

Just wanted to let you know, we need to place the orders for the "wood" flooring now since it will need to be scheduled for delivery. I'd like to work in tandem with our floor guy, so once he is done with demo and building of the new walls, the floor will already be there so he can start install right away.

Below is the new remodel plan- so you can see where all the wood will go.

Material cost will be around 12K
Labor for demo, installation is $12,500 for the whole house (floors)
The wood I need to pay with a credit card. Let me know if the one you sent me is still good or if I should use another one.

Labor can be paid later with a check, not needed now

As a side note: the bathrooms- These areas will be porcelain tile and will add an extra $2500 since the tile I'm selecting costs less and they are smaller areas. I will place that order while they are installing the wood and ask for payment for that later.

Let us know if you have any questions!

**DOWNSTAIRS**

01



**UPSTAIRS**





**UPSTAIRS.JPG**
78K

O3




O4

O4

 Gmail

**Lisette Young <lisette.lanuza@gmail.com>**

---

# Laundry Room adjustments
1 message

---

**Lisette L. Young** <lisette.lanuza@gmail.com>          Thu, Jul 4, 2019 at 8:00 AM
To: Therese Casey <caseytherese@live.com>

Okay- so the cabinet for the HVAC is going to be much larger than I thought :( so I had to make the necessary adjustment for that. Good news is there was still a spot for a folding station on the other side of the washer dryer combos. :)

**4 attachments**



05

**ross court laundry room_edited2.jpg**
233K



**ross court laundry room_edited3.jpg**    06
258K



**ross court laundry room_edited4.jpg**
303K



**ross court laundry room edited_1.jpg**
292K

06

07

**M** Gmail

**Lisette Young <lisette.lanuza@gmail.com>**

# Laundry option
1 message

**Lisette L. Young** <lisette.lanuza@gmail.com>          Thu, Jul 4, 2019 at 8:00 AM
To: Therese Casey <caseytherese@live.com>

Oh here is an option with the washers and dryers next to each other- the counters would be across from each other.



**ross court laundry room_edited option.jpg**
284K



07

08

**M** Gmail

**Lisette Young <lisette.lanuza@gmail.com>**

# APPLIANCE PACKAGE
2 messages

**Lisette L. Young** <lisette.lanuza@gmail.com>          Wed, Jul 10, 2019 at 9:48 AM
To: Therese Casey <caseytherese@live.com>
Cc: "YOUNGEDWARDJ@YAHOO.COM" <youngedwardj@yahoo.com>

Hello!

Here is the appliance package with links to the items and a quote. I was able to get a discount so the prices on the website will be different than what's on the invoice. Let me know if this will work. Thank you!

RANGE:
https://www.howards.com/product/ge-profile-36-black-built-in-gas-cooktop-pgp7036dlbb-117630

VENT HOOD:
https://www.howards.com/product/vent-a-hood-k-series-3438-wall-mounted-liner-insert-black-kh34sld-bl-197905

08

FRIDGE:
https://www.howards.com/product/ge-profile-2223-cu-ft-black-stainless-steel-counter-depth-french-door-refrigerator-pye22kblts-120540

DISHWASHER:
https://www.howards.com/product/ge-24-built-in-dishwasher-black-stainless-steel-gdt655sblts-114373

BEVERAGE STATION FRIDGE:
https://www.howards.com/product/whirlpool-52-cu-ft-black-stainless-steel-frame-under-the-counter-beverage-center-wub50x24hv-237736

DOUBLE OVEN:
https://www.howards.com/product/ge-30-black-slate-electric-double-oven-built-in-jtd5000fnds-275921

WASHERS:
https://www.howards.com/product/ge-front-load-washer-white-gfw148ssmww-197549

DRYERS:
https://www.howards.com/product/ge-front-load-electric-dryer-white-gft14essmww-197554

09

 **2019.7.8 QUOTE 201978 LISETTE YOUNG.pdf**
217K

---

**Lisette L. Young** <lisette.lanuza@gmail.com>      Tue, Sep 10, 2019 at 9:48 AM
To: Josh Blumenthal <blucrew2017@gmail.com>
Cc: "YOUNGEDWARDJ@YAHOO.COM" <youngedwardj@yahoo.com>

Here you go Josh-

Warmest regards,


Lisette Young
[Quoted text hidden]

 **2019.7.8 QUOTE 201978 LISETTE YOUNG.pdf**
217K



Lisette Young <lisette.lanuza@gmail.com>

# FLOORING INVOICES and DESIGN FEES

1 message

**Lisette L. Young** <lisette.lanuza@gmail.com>    Thu, Jul 11, 2019 at 2:44 PM
To: Therese Casey <caseytherese@live.com>

Hello!

Here are the invoices for the flooring finally. These need to be paid with a credit card so we can schedule delivery for mid week next week and get that phase going :)
My invoice for design services rendered will follow in a separate email. Thank you!

**2 attachments**

 **Lisette Young Flooret Quote Ashford.pdf**
16K

 **125064688_1_Young Q 7112019.pdf**
176K

11

12



Lisette Young <lisette.lanuza@gmail.com>

# FLOORING INVOICES and DESIGN FEES

1 message

**Lisette L. Young** <lisette.lanuza@gmail.com>    Thu, Jul 11, 2019 at 2:44 PM
To: Therese Casey <caseytherese@live.com>

Hello!

Here are the invoices for the flooring finally. These need to be paid with a credit card so we can schedule delivery for mid week next week and get that phase going :)
My invoice for design services rendered will follow in a separate email. Thank you!

**2 attachments**

**Lisette Young Flooret Quote Ashford.pdf**
16K

**125064688_1_Young Q 7112019.pdf**
176K

12

13

**M** Gmail

Lisette Young <lisette.lanuza@gmail.com>

## Shiplap Fireplace

1 message

**Lisette L. Young** <lisette.lanuza@gmail.com>                Tue, Jul 16, 2019 at 7:00 AM
To: Therese Casey <caseytherese@live.com>

13



Here is a render for the shiplap- I like this best :)  Millworker will be meeting with me at
1:00pm today so Ill have a quote for a shiplap wall treatment for you.

14

 Gmail

Lisette Young <lisette.lanuza@gmail.com>

## Therese Casey has viewed Interior Design LOA- Ross Court Residence

1 message

**HelloSign** <noreply@mail.hellosign.com>                    Sun, Jun 16, 2019 at 6:11 PM
Reply-To: HelloSign <noreply@hellosign.com>
To: lisette.lanuza@gmail.com





15          **Your document has been viewed**

16

**DOCUMENT**

## Interior Design LOA- Ross Court Residence

**RECIPIENT**

Therese Casey (caseytherese@live.com)

We'll let you know as soon as they sign it.

*THE HelloSign TEAM*

**M Gmail**

## ROSS COURT CREDIT CARD AUTHORIZATION FORM has been signed by Terese Casey

1 message

**HelloSign** <noreply@mail.hellosign.com>                    Tue, Jul 16, 2019 at 2:32 PM
Reply-To: HelloSign <noreply@hellosign.com>
To: lisette.lanuza@gmail.com





17

# Success!

## Your document has been signed

18

**DOCUMENT**

## ROSS COURT CREDIT CARD AUTHORIZATION FORM

**SIGNER**

Terese Casey (caseytherese@live.com)

VIEW SIGNED DOCUMENT

Access this document and others by logging in to your HelloSign account.

18

Warning: To prevent others from accessing your document, please do not forward this email.

19



*THE* Hello Sign *TEAM*

19

20

 Gmail

Lisette Young <lisette.lanuza@gmail.com>

---

# Receipts- Group 1

1 message

---

**Lisette L. Young** <lisette.lanuza@gmail.com>     Sat, Jul 20, 2019 at 8:09 AM
To: Therese Casey <caseytherese@live.com>

For your records, here are the charges made last week.  I will send out a grouping like this on a weekly basis. Thanks!



**4 attachments**

📄 **125064688_1_190715143720.pdf**
176K

📄 **Receipt from Lisette Young interior designer.pdf**
59K

📄 **Flooret - Print invoice for order #24077.pdf**
99K

📄 **Gmail - Hi Therese, We've Received Your Birch Lane Order!.pdf**
20



21



22

**Lisette Young <lisette.lanuza@gmail.com>**

# TV at fireplace render

1 message

**Lisette L. Young** <lisette.lanuza@gmail.com>                    Mon, Jul 22, 2019 at 6:37 AM
To: Therese Casey <caseytherese@live.com>

Here are 2 renderings showing a cabinet and recessed shelving with a 48" TV and a 4' X 18"
deep cabinet where the fireplace would be. It looks great either way! :)

22



23

23

24

24

 Gmail

Lisette Young <lisette.lanuza@gmail.com>

## render with cabinet size= 26" depth

1 message

**Lisette L. Young** <lisette.lanuza@gmail.com>                    Mon, Jul 22, 2019 at 1:13 PM
To: Therese Casey <caseytherese@live.com>

25



26

**M Gmail**

Lisette Young <lisette.lanuza@gmail.com>

# PAID ITEMS AND RECEIPTS

1 message

**Lisette L. Young** <lisette.lanuza@gmail.com>                Fri, Jul 26, 2019 at 6:57 PM
To: Therese Casey <caseytherese@live.com>

Hi Therese!

Here are the items list that have been paid and ordered, along with the receipts from
this week. I got a most items at my cost so the receipts will show a lower cost that
what's on my "invoice"

I'll send the next batch of items to be ordered on a separate email to follow :)

**6 attachments**


**ITEMS PAID AND ORDERED. pdf.pdf**
400K

27


**BOYS BATH LIGHT ALTERNATE Gmail - Your Order Confirmation**
**BI0725191116021909004.pdf**
272K                                                      28


**VANITIES Invoice 117287.pdf**
69K


**Gmail - Lamps Plus Professionals Order# OO0721191208315429004.pdf**
278K

**Birch Lane - Traditional Furniture & Classic Designs.pdf**
81K

**Floor & Decor Checkout Confirmation.pdf**
175K

28



Lisette Young <lisette.lanuza@gmail.com>

---

# Items needing to be paid and ordered

1 message

**Lisette L. Young** <lisette.lanuza@gmail.com>                    Fri, Jul 26, 2019 at 7:13 PM
To: Therese Casey <caseytherese@live.com>

Here ya go!

I just included my hours on here as well- Let me know when I will be able to start placing orders again. Looks like the bathrooms will be the first "done" areas! ;)

The next things are:

Appliances- We could not find any side by side, black stainless steel fridges that didn't have a water dispenser.

Here are the most budget friendly front loading washer/dryers I could find:
https://www.howards.com/product/whirlpool-45-cu-ft-white-front-load-washer-wfw5620hw-214761
https://www.howards.com/product/whirlpool-74-cu-ft-white-front-load-electric-dryer-wed5620hw-214831

29

Millwork-                                                                    30

Quotes in the works:

Window treatments- Quote ready next week
Closets- Quote ready next week

Thanks!

**ITEMS NEEDING TO BE ORDERED.pdf**
233K

30

# Gmail

**Lisette Young <lisette.lanuza@gmail.com>**

---

## renders for bedroom
1 message

---

**Lisette L. Young** <lisette.lanuza@gmail.com>                    Sun, Jul 28, 2019 at 3:30 PM
To: c.boggio@aol.com, Therese Casey <caseytherese@live.com>

okay here are the 2 options for bed placement :)

This is against the long wall facing the door- you will still have about 3'  feet of walking space from the edge of the bed so you can get to the bathroom and dresser fine

31



32

33



33



This is the bed against the window wall (East facing wall)

34



35



36

and here are some vanity mirror options:

https://www.wayfair.com/decor-pillows/pdp/three-posts-menachem-modern-contemporary-accent-mirror-w000997618.html?&experiencetype=2&selectedvertical=2&piid=1013241942

https://www.wayfair.com/decor-pillows/pdp/rosdorf-park-modern-contemporary-beveled-accent-mirror-rosp3529.html?&experiencetype=2&selectedvertical=2

36

https://www.wayfair.com/decor-pillows/pdp/world-menagerie-shriver-moroccan-accent-mirror-w001181444.html?&experiencetype=2&selectedvertical=2

I like all of them, but I think the last one best ? let me know what you think! :)



37

# EXHIBIT G

O1

**M Gmail**

## Laundry
4 messages

---

**Therese Casey** <caseytherese@live.com>                                               Thu, Aug 1, 2019 at 8:18 PM
To: "lisette.lanuza@gmail.com" <lisette.lanuza@gmail.com>

I like the rendering but we lost the shoe cubby/bench. The bench/cubby was a big hit with Monica. She said "wow, I always wanted one of those!" Not sure if it's even possible to flip where the broom closet is and add the bench back? Even if we lose a portion of cabinet to keep it? So maybe 18 inch blank panel with the counter going all the way and the bench butting up to the blank panel. Let me know. T

**2 attachments**



**IMG_5941.PNG**
345K



**ATT00001.txt**
1K

---

**Lisette L. Young** <lisette.lanuza@gmail.com>                                          Thu, Aug 1, 2019 at 8:25 PM
To: Therese Casey <caseytherese@live.com>

O1

O2

Oh Ok good to know- let me see how to work that back in! :)

Warmest regards,

Lisette Young

On Thu, Aug 1, 2019, 8:18 PM Therese Casey <caseytherese@live.com> wrote:
I like the rendering but we lost the shoe cubby/bench. The bench/cubby was a big hit with Monica. She said "wow, I always wanted one of those!" Not sure if it's even possible to flip where the broom closet is and add the bench back? Even if we lose a portion of cabinet to keep it? So maybe 18 inch blank panel with the counter going all the way and the bench butting up to the blank panel. Let me know. T

[Quoted text hidden]

---

**Lisette L. Young** <lisette.lanuza@gmail.com>                                          Thu, Aug 1, 2019 at 10:34 PM
To: Therese Casey <caseytherese@live.com>

O2



O3

Here ya go! :)
[Quoted text hidden]

**Therese Casey** <caseytherese@live.com>                                    Fri, Aug 2, 2019 at 7:46 AM
To: "Lisette L. Young" <lisette.lanuza@gmail.com>

You rock!!!!

Sent from my iPhone
[Quoted text hidden]

O3

**ross court laundry room-new folding counter.jpg**
319K



O4

O4

M Gmail

Lisette Young <lisette.lanuza@gmail.com>

## Millwork Quote

1 message

**Lisette L. Young** <lisette.lanuza@gmail.com>       Thu, Aug 1, 2019 at 8:02 AM
To: Therese Casey <caseytherese@live.com>

Attached are the new drawings of all the millwork going in and the contract that I
signed as well the additional cost for extra cabinets in laundry and shiplap on 1 wall
in the master.

They will need Payment #2 (40%) which is about $14,000 by this weekend. They are
in the process of building the custom pieces now (pantries, double oven enclosure,
and hood) but waiting on the next payment to order the white shakers that are
going in everywhere else. I added 2- 36" upper cabinets on each wall in the
office/loft and Luis is working on revising that now- but if everything else look okay-
let me know when they can receive payment. They are scheduled for an August
12th install. Thank you!

05

**6 attachments**                                    06

📎 **07.29.2019 Lisette for Rancho Change Order 1.pdf**
    41K

📎 **07.16.2019 Lisette Young.pdf**
    26K

📎 **07.29.2019 Lisette Rancho Cucamonga Office.pdf**
    183K

📎 **07.29.2019 Lisette Rancho Cucamonga Bath Final.pdf**
    793K

📎 **07.29.2019 Lisette Rancho Cucamonga Kitchen Final.pdf**
    588K

📎 **07.31.2019 Lisette Rancho Cucamonga Laundry.pdf**
    284K

06

O7

M **Gmail**

Lisette Young <lisette.lanuza@gmail.com>

---

# Laundry
4 messages

---

**Therese Casey** <caseytherese@live.com>                                    Thu, Aug 1, 2019 at 8:18 PM
To: "lisette.lanuza@gmail.com" <lisette.lanuza@gmail.com>

I like the rendering but we lost the shoe cubby/bench. The bench/cubby was a big hit with Monica. She said "wow, I always wanted one of those!" Not sure if it's even possible to flip where the broom closet is and add the bench back? Even if we lose a portion of cabinet to keep it? So maybe 18 inch blank panel with the counter going all the way and the bench butting up to the blank panel. Let me know. T

**2 attachments**



**IMG_5941.PNG**
345K



**ATT00001.txt**
1K

---

**Lisette L. Young** <lisette.lanuza@gmail.com>                                    Thu, Aug 1, 2019 at 8:25 PM
To: Therese Casey <caseytherese@live.com>

O7

Oh Ok good to know- let me see how to work that back in! :)

08

Warmest regards,


Lisette Young

On Thu, Aug 1, 2019, 8:18 PM Therese Casey <caseytherese@live.com> wrote:
I like the rendering but we lost the shoe cubby/bench. The bench/cubby was a big hit with Monica. She said "wow, I always wanted one of those!" Not sure if it's even possible to flip where the broom closet is and add the bench back? Even if we lose a portion of cabinet to keep it? So maybe 18 inch blank panel with the counter going all the way and the bench butting up to the blank panel. Let me know. T

[Quoted text hidden]

---

**Lisette L. Young** <lisette.lanuza@gmail.com>                                    Thu, Aug 1, 2019 at 10:34 PM
To: Therese Casey <caseytherese@live.com>

08

09



Here ya go! :)

[Quoted text hidden]

**Therese Casey** <caseytherese@live.com>                                      Fri, Aug 2, 2019 at 7:46 AM
To: "Lisette L. Young" <lisette.lanuza@gmail.com>

You rock!!!!

Sent from my iPhone

[Quoted text hidden]

09



**ross court laundry room-new folding counter.jpg**
319K

10

10

11



Lisette Young <lisette.lanuza@gmail.com>

---

# Laundry render :)

1 message

---

**Lisette L. Young** <lisette.lanuza@gmail.com>                    Thu, Aug 1, 2019 at 7:25 PM
To: Therese Casey <caseytherese@live.com>

Hello!

Here is a quick render showing the window moved over and broom closet added. Let me
know if this layout works. Thank you!

11



12



13

14



**Lisette Young <lisette.lanuza@gmail.com>**

---

## Laundry render :)
1 message

---

**Lisette L. Young** <lisette.lanuza@gmail.com>                Thu, Aug 1, 2019 at 7:25 PM
To: Therese Casey <caseytherese@live.com>

Hello!

Here is a quick render showing the window moved over and broom closet added. Let me
know if this layout works. Thank you!

15



15



16

16



# NEW LOFT SPACE

8 messages

**Lisette L. Young** <lisette.lanuza@gmail.com>     Fri, Aug 2, 2019 at 3:23 PM
To: Haros Cabinets <haros@ymail.com>

here you go- just simple elevations

**3 attachments**



**LOFT SPACE- FRONT WALL.JPG**
68K

**LOFT-OFFICE SPACE OPP WALL.JPG**
49K

17

18





**OFFICE SPACE LAYOUT.JPG**
49K

**Haros Cabinets** <haros@ymail.com>     Tue, Aug 6, 2019 at 7:41 PM
Reply-To: Haros Cabinets <haros@ymail.com>
To: "Lisette L. Young" <lisette.lanuza@gmail.com>

18

HI Lisette,

Attached are the drawings with changes!
Master bath: eliminated base cabinet
Laundry: New design per your details
Office: New Design per your details

Please let me know if this looks right or would like me to change anything. Just wanted to let you know that the custom cabinets in the kitchen are almost ready to go to staining and painting.

Thanks,
Luis Haro

[Quoted text hidden]

**3 attachments**

> **08.06.2019 Lisette Rancho Cucamonga Bath Final.pdf**
> 783K

> **08.06.2019 Lisette Rancho Cucamonga Laundry.pdf**
> 275K

> **08.06.2019 Lisette Rancho Cucamonga Office.pdf**
> 198K

---

**Lisette L. Young** <lisette.lanuza@gmail.com>                    Tue, Aug 6, 2019 at 8:32 PM
To: Haros Cabinets <haros@ymail.com>

19

I think we finally got this figured out lol I'll let you know! Great! can I get a small sample of the stain before they get started?

Warmest regards,

Lisette Young

[Quoted text hidden]

---

**Haros Cabinets** <haros@ymail.com>                    Wed, Aug 7, 2019 at 11:40 AM
Reply-To: Haros Cabinets <haros@ymail.com>
To: "Lisette L. Young" <lisette.lanuza@gmail.com>

Ok, I will get a sample made.

Just FYI, I had you on schedule to install this coming week but with the stuff that is still pending I still have not ordered all the white shaker cabinets. We may need to reschedule once everything is approved.

Thanks,
Luis Haro

[Quoted text hidden]

---

**Lisette L. Young** <lisette.lanuza@gmail.com>                    Wed, Aug 7, 2019 at 11:54 AM
To: Haros Cabinets <haros@ymail.com>

20

I hear you- its okay... as soon possible would be great obviously. For the laundry room the wooden bench we'll get ourselves.

21

Also is there anyway to make the 8" gaps on the sides of the washer dryer units look smaller? Can we do a tall panel?

For the loft I need to confirm the length of one of the desks it might need to be shortened by a few inches.

Warmest regards,


Lisette Young
[Quoted text hidden]

---

**Haros Cabinets** <haros@ymail.com>                                Wed, Aug 7, 2019 at 12:29 PM
Reply-To: Haros Cabinets <haros@ymail.com>
To: "Lisette L. Young" <lisette.lanuza@gmail.com>

Hi Lisette,

I could fill the space up with a bit more cabinets in the middle. Attached is what it could look like. The other option would be to custom cabinets and enclose the washer and dryers even more.

Thanks,
Luis Haro


21

[Quoted text hidden]

22

 **08.07.2019 Lisette Rancho Cucamonga Laundry.pdf**
283K

---

**Lisette L. Young** <lisette.lanuza@gmail.com>                       Wed, Aug 7, 2019 at 1:32 PM
To: Haros Cabinets <haros@ymail.com>

Okay that's good I like that render better.

For the cabinets in the loft- is it possible for those to be deep enough to have hanging file folders? Like an office cabinet?



Warmest regards,


Lisette Young
[Quoted text hidden]

---

**Lisette L. Young** <lisette.lanuza@gmail.com>                       Sat, Sep 14, 2019 at 7:17 AM
To: Therese Casey <caseytherese@live.com>, Josh Blumenthal <blucrew2017@gmail.com>


Good morning!

22

Here are the final drawings for the laundry room, master bathroom, and craft/office/loft space
(attachments below)

This is the first iteration of the laundry so you can see what changed:



I'm waiting for Haro's to send a revised invoice. Thanks!



**3 attachments**



**08.06.2019 Lisette Rancho Cucamonga Bath Final.pdf**
783K

**08.06.2019 Lisette Rancho Cucamonga Laundry.pdf**
275K

**08.06.2019 Lisette Rancho Cucamonga Office.pdf**
198K

25

26



Lisette Young <lisette.lanuza@gmail.com>

# Fwd: loft render

1 message

**Lisette L. Young** <lisette.lanuza@gmail.com>                    Mon, Aug 5, 2019 at 10:38 AM
To: Therese Casey <caseytherese@live.com>

Here is a render for the craft area wall that we will build out ourselves-

Haros will need a check for $14, 000 this week which is their second payment for the
millwork on their end :)

Warmest regards,


Lisette Young


---------- Forwarded message ---------
From: **Lisette L. Young** <lisette.lanuza@gmail.com>
Date: Sun, Aug 4, 2019, 11:11 AM
Subject:
To: Lisette Young <lisette.lanuza@gmail.com>

26



**craft room_Unnamed space-1.png**
859K

27



28

28



**Lisette Young <lisette.lanuza@gmail.com>**

---

# Fwd: loft render

1 message

---

**Lisette L. Young** <lisette.lanuza@gmail.com>            Mon, Aug 5, 2019 at 10:38 AM
To: Therese Casey <caseytherese@live.com>

Here is a render for the craft area wall that we will build out ourselves-

Haros will need a check for $14, 000 this week which is their second payment for the millwork on their end :)

Warmest regards,


Lisette Young


---------- Forwarded message ---------
From: **Lisette L. Young** <lisette.lanuza@gmail.com>
Date: Sun, Aug 4, 2019, 11:11 AM
Subject:
To: Lisette Young <lisette.lanuza@gmail.com>

30



**craft room_Unnamed space-1.png**
859K



31

32

 Gmail

Lisette Young <lisette.lanuza@gmail.com>

---

# FINAL FOR LOFT
3 messages

---

**Lisette L. Young** <lisette.lanuza@gmail.com>                    Sat, Aug 10, 2019 at 7:17 AM
To: Haros Cabinets <haros@ymail.com>

Luis,

Here are the final tweaks to the loft- (I just wanted to make sure the desk and counter on that wall, end where the window ends) I adjusted the opening to be 4' long so that made the cabinets 24"

Like mentioned in our last conversation we need to:

remove #6 and #7 from previous invoice
add the panels to the laundry room shown in your last renders

After all that were all good with everything else!

32



33

**Haros Cabinets** <haros@ymail.com>                                        Mon, Aug 12, 2019 at 1:26 PM

Reply-To: Haros Cabinets <haros@ymail.com>
To: "Lisette L. Young" <lisette.lanuza@gmail.com>, "youngedwardj@yahoo.com"          34
<youngedwardj@yahoo.com>

Lisette and Eddie,

Attached are the numbers for the project in Rancho Cucamonga. Please let me know if you
have any questions. I took our latest signed contract and just crossed out and wrote in the
new numbers where we have made changes so you can see the before and after.

Thanks,
Luis Haro

[Quoted text hidden]

  **08.12.2019 Lisette Young for Ross Ct.pdf**
52K

**Lisette L. Young** <lisette.lanuza@gmail.com>                              Mon, Aug 12, 2019 at 1:35 PM
To: Therese Casey <caseytherese@live.com>

Here is the final quote for all the millwork. Thank you!

Warmest regards,

Lisette Young
34

**3 attachments**



**LOFT-OFFICE SPACE FINAL DIMS.JPG**
62K



**LOFT-OFFICE SPACE FINAL DIMS.JPG**
62K

 **08.52.2019 Lisette Young for Ross Ct.pdf**

52K

36

36

**M Gmail**

Lisette Young <lisette.lanuza@gmail.com>

---

## RECEIPTS From Out of Pocket 8/09/19

1 message

**Lisette L. Young** <lisette.lanuza@gmail.com>                    Sun, Aug 11, 2019 at 9:17 AM
To: Therese Casey <caseytherese@live.com>

Good morning-

I had to purchase these out of pocket when I went to pick up the boys bath vanity and the tile
needed for the master shower pan and niche on Friday so I just charged your card now for
these. Thanks!

37



38



39



40

**M** Gmail

Lisette Young <lisette.lanuza@gmail.com>

---

# Billable and out of pocket

3 messages

---

**Lisette L. Young** <lisette.lanuza@gmail.com>                Mon, Aug 26, 2019 at 8:51 PM
To: Therese Casey <caseytherese@live.com>

This is just a copy of the outstanding billable hours and out of pocket expense. Have a good night!

God bless ;)

---

 **Current invoice 8-26-15.pdf**
59K

---

**Therese Casey** <caseytherese@live.com>                Mon, Sep 2, 2019 at 12:24 AM
To: "Lisette L. Young" <lisette.lanuza@gmail.com>

Hi Lisette! Hope all is well. Go ahead and pay the outstanding invoice of 1408.15 out of my account. I included it in the the totals already so you are good to go. Have a
41

great week!                                                        42

Sent from my iPhone

> On Aug 26, 2019, at 8:52 PM, Lisette L. Young <lisette.lanuza@gmail.com> wrote:
>
> This is just a copy of the outstanding billable hours and out of pocket expense. Have a good night!
>
> God bless ;)
> <Current invoice 8-26-15.pdf>

---

**Lisette L. Young** <lisette.lanuza@gmail.com>                Mon, Sep 2, 2019 at 8:42 AM
To: Therese Casey <caseytherese@live.com>

Okay sounds good Thanks!

Warmest regards,

Lisette Young
[Quoted text hidden]



# Payments made with card ending in 2078

1 message

**Lisette L. Young** <lisette.lanuza@gmail.com>          Mon, Aug 26, 2019 at 8:38 PM
To: Therese Casey <caseytherese@live.com>

Hi Therese,

Here are all the receipts I have for items paid using the card ending in 2078.

**15 attachments**

**20190810_081720_HDR.jpg**
4058K

43

44





**20190811_090745_HDR.jpg**
4188K

**receipt- boys bath vanity and floor and decor santa ana.JPG**
32K

44



**Copy of Flooret - Print invoice for order #24077.pdf**
99K

**Copy of 125064688_1_190715143720.pdf**
176K

**Copy of Gmail - Hi Therese, We've Received Your Birch Lane Order!.pdf**
272K

**Birch Lane - Traditional Furniture & Classic Designs.pdf**
81K

**Gmail - Lamps Plus Professionals Order# OO0721191208315429004.pdf**
278K

**VANITIES Invoice 117287.pdf**
45
69K

46

**BOYS BATH LIGHT ALTERNATE Gmail - Your Order Confirmation BI0725191116021909004.pdf**
272K

**Floor & Decor Checkout Confirmation.pdf**
175K

**FaD Master Bath Tub Surround Pencil Liners- Gmail - Confirmation of your Order 00902676.pdf**
299K

**sqinv-Therese-Casey-5d_-shPdxHiUAZXDLDpbvg-2375.pdf**
52K

**sqinv-Therese-Casey-o_toiZHiAw-uOa4g0P65_w.pdf**
57K

**Gmail - Thanks for your Wayfair order! wallpaper.pdf**
298K

46

M Gmail

Lisette Young <lisette.lanuza@gmail.com>

## Billable and out of pocket

3 messages

**Lisette L. Young** <lisette.lanuza@gmail.com>            Mon, Aug 26, 2019 at 8:51 PM
To: Therese Casey <caseytherese@live.com>

This is just a copy of the outstanding billable hours and out of pocket expense. Have a good night!

God bless ;)

 **Current invoice 8-26-15.pdf**
59K

**Therese Casey** <caseytherese@live.com>            Mon, Sep 2, 2019 at 12:24 AM
To: "Lisette L. Young" <lisette.lanuza@gmail.com>

Hi Lisette! Hope all is well. Go ahead and pay the outstanding invoice of 1408.15 out of my account. I included it in the the totals already so you are good to go. Have a great week!

47

48

Sent from my iPhone

> On Aug 26, 2019, at 8:52 PM, Lisette L. Young <lisette.lanuza@gmail.com> wrote:
>
> This is just a copy of the outstanding billable hours and out of pocket expense. Have a good night!
>
> God bless ;)
> <Current invoice 8-26-15.pdf>

**Lisette L. Young** <lisette.lanuza@gmail.com>            Mon, Sep 2, 2019 at 8:42 AM
To: Therese Casey <caseytherese@live.com>

Okay sounds good Thanks!

Warmest regards,

Lisette Young
[Quoted text hidden]



Lisette Young <lisette.lanuza@gmail.com>

# List at Mathis Bros Showroom- sofas, chairs, dining room

5 messages

**Lisette L. Young** <lisette.lanuza@gmail.com>           Fri, Aug 30, 2019 at 3:55 PM
To: "YOUNGEDWARDJ@YAHOO.COM" <youngedwardj@yahoo.com>

Here is the list for Josh and Monica to check out sofas and chairs, tables etc at
Mathis Bros so they know the style direction I will be going in and have a chance to
see and sit in some pieces I'd like to propose. I do need to know if they already have
a mattress and what size it is- Cal King, Standard King, etc. ?

Mathis Bros SKUs:

MHFI-T4039/67

UT - 23615

WIN - DC/ 5PIECE (TABLE ONLY)
49

ASH - D568/SET (TABLE ONLY)                    50

MHFI - 4352/50

MNDI-BRACKLEY/SOFA

BLVD - A103/517

ASH - 2740335

ASH/Y754

**Josh Blumenthal** <blucrew2017@gmail.com>           Sat, Aug 31, 2019 at 11:29 AM
To: "youngedwardj@yahoo.com" <youngedwardj@yahoo.com>,
lisette.lanuza@gmail.com

Good morning

I picked up the paperwork from the house, thank you.

Before anything gets started on the closet organizers please send the drawings for
the master closet.

The master closet I'd prefer to go with something other than white. Material is not an
issue it's the finish, I think we can find a new color at no added cost.
50

The 3 remaining closets if you can send rough sketches of the organizer layout. 2 rooms had brand new organizers installed, the 3rd room upstairs with the organizer still in the closet happens to be the one that wasn't complete.  Let's me see what's planned for the 3 units and then We can go from there.

Is there an option for the guest bedroom downstairs?

On Aug 30, 2019, at 8:03 PM, Edward Young <youngedwardj@yahoo.com> wrote:

> Here is the sku numbers just print this out and take with you so Mathis bros staff can show you these items
>
> Sent from Yahoo Mail on Android
> [Quoted text hidden]

---

**Lisette L. Young** <lisette.lanuza@gmail.com>           Sat, Aug 31, 2019 at 11:59 AM
To: Josh Blumenthal <blucrew2017@gmail.com>

Hi Josh!

Sure no worries- I'll send those drawings out to you. I'll ask them what other finishes we can do without increasing cost too. I'm thinking a medium tone wood. Im sure they have examples they've done. Stay tuned :) Thank you!

Warmest regards,

Lisette Young
[Quoted text hidden]

---

**Edward Young** <youngedwardj@yahoo.com>           Sat, Aug 31, 2019 at 12:02 PM
Reply-To: "youngedwardj@yahoo.com" <youngedwardj@yahoo.com>
To: "blucrew2017@gmail.com" <blucrew2017@gmail.com>, "lisette.lanuza@gmail.com" <lisette.lanuza@gmail.com>

Good morning Josh Will do. Lisette will address this matter and we will send you drawings

Sent from Yahoo Mail on Android

On Sat, Aug 31, 2019 at 11:29 AM, Josh Blumenthal
<blucrew2017@gmail.com> wrote:
[Quoted text hidden]

---

**Lisette L. Young** <lisette.lanuza@gmail.com>           Sat, Sep 14, 2019 at 7:20 AM

To: Therese Casey <caseytherese@live.com>                                    53

Heres the list at Mathis Bros

---------- Forwarded message ---------
From: **Lisette L. Young** <lisette.lanuza@gmail.com>
Date: Fri, Aug 30, 2019 at 3:55 PM
Subject: List at Mathis Bros Showroom- sofas, chairs, dining room
To: YOUNGEDWARDJ@YAHOO.COM <youngedwardj@yahoo.com>


Here is the list for Josh and Monica to check out sofas and chairs, tables etc at
Mathis Bros so they know the style direction I will be going in and have a chance to
see and sit in some pieces I'd like to propose.


[Quoted text hidden]

53

# EXHIBIT H

 Gmail

**Lisette Young <lisette.lanuza@gmail.com>**

## Fence pics for Eddie

2 messages

**Therese Casey** <caseytherese@live.com>         Thu, Sep 12, 2019 at 6:24 PM
To: "lisette.lanuza@gmail.com" <lisette.lanuza@gmail.com>

These are the pics in my phone from our meeting with the with



Best 25+ Front porch railings ideas



O4

O5



www.pinterest.com

## Crossed Metal Modern Farmhouse Railing. Home Bunch Blog | Industri...

Images may be subject to copyright. Learn More

O5
Related images

06

Verizon LTE          8:32 AM          93%

Q farmhouse porch rails

06



O7

O8

O8

O9



Spruce Up Your Balcony For The

Sent from my iPhone

---

**Lisette L. Young** <lisette.lanuza@gmail.com>        Fri, Sep 13, 2019 at 8:08 AM
To: "YOUNGEDWARDJ@YAHOO.COM" <youngedwardj@yahoo.com>
        O9

                                                                10

Warmest regards,


Lisette Young
[Quoted text hidden]

---

**10 attachments**



**IMG_5882.PNG**
1159K


**IMG_5880.PNG**
1162K

10





**IMG_5878.PNG**
1024K



**IMG_5874.PNG**
1055K

11

12



**IMG_5901.PNG**
960K



**IMG_5874.PNG**
1055K

12





**IMG_5901.PNG**
960K

**IMG_5880.PNG**
1162K

13

14





**IMG_5878.PNG**
1024K



**IMG_5882.PNG**
1159K

14



15

16



Lisette Young <lisette.lanuza@gmail.com>

## New revised appliance quote- Howard's Appliances

3 messages

**Lisette L. Young** <lisette.lanuza@gmail.com>        Wed, Sep 18, 2019 at 11:00 AM
To: Josh Blumenthal <blucrew2017@gmail.com>
Cc: Therese Casey <caseytherese@live.com>, "YOUNGEDWARDJ@YAHOO.COM" <youngedwardj@yahoo.com>

Hi Josh!

Attached is the complete quote from Howard's. It reflects the higher occupancy washer units and the counter depth fridge.

Link to bigger washer:
https://www.howards.com/product/whirlpool-45-cu-ft-white-front-load-washer-wfw5620hw-214761

Matching dryer:
https://www.howards.com/product/whirlpool-74-cu-ft-white-front-load-electric-dryer-wed5620hw-214831

16

Fridge on quote-
https://www.howards.com/product/ge-profile-2223-cu-ft-black-stainless-steel-counter-depth-french-door-refrigerator-pye22kblts-120540

Here is a fridge option with no bottom drawer-
https://www.howards.com/product/frigidaire-gallery-220-cu-ft-black-stainless-steel-counter-depth-side-by-side-refrigerator-fgsc2335td-117379

Let us know if you want to change out the fridge for the 2 Door option instead.
Thanks!

 **2019.7.8 QUOTE 201978 LISETTE YOUNG (1).pdf**
217K

---

**Josh Blumenthal** <blucrew2017@gmail.com>          Mon, Oct 14, 2019 at 2:04 PM
To: "Lisette L. Young" <lisette.lanuza@gmail.com>

Lisette

Can you please explain why the fridge went from a 28.5 CuFT size to a 22 CuFT?
This is almost a 25% size reduction?

17

Sent from my iPhone

18

> On Sep 18, 2019, at 11:01 AM, Lisette L. Young
> <lisette.lanuza@gmail.com> wrote:

[Quoted text hidden]
<2019.7.8 QUOTE 201978 LISETTE YOUNG (1).pdf>

---

**Lisette L. Young** <lisette.lanuza@gmail.com>          Mon, Oct 14, 2019 at 8:08 PM
To: Josh Blumenthal <blucrew2017@gmail.com>

Hello-

A counter depth fridge decreases the capacity a bit- the width is the same as a
"regular" fridge so you could order a regular fridge but it will stick out from the
counter some inches.

Warmest regards,

Lisette Young
[Quoted text hidden]

18

19

20



Lisette Young <lisette.lanuza@gmail.com>

## Cabinets and Billing

6 messages

**Josh Blumenthal** <blucrew2017@gmail.com>              Sun, Sep 22, 2019 at 10:15 PM
To: "Lisette L. Young" <lisette.lanuza@gmail.com>

Lisette

This email will confirm that we will not accept the cabinets as delivered with the raised panel door and drawers. Nor will we accept the remedy of the raised panel fronts on the custom cabinets to make them uniform.

Realistically, the traditional and shaker style existing on a single front conflicts from a design element.

I can accept most people would accept the claim Luis made that the raised panel adds weight and makes the door/drawer front more robust but few end users would take that claim and consider the added cost to the raised panel.

Between conflicting designs and unnecessary added costs For these reasons and not excluding others we will not accept the cabinets for this project.

As a general point of concern With respect to the laundry room,  functionality was conveyed since the start of the project so there's  issues starting the quote with 6 LF It misrepresented the

project and the cost for no reason. By all means the quote should have taken everything into consideration that was asked for and working backwards to cut costs should we so choose. The only other option or reasonable deviance would be offering a good better best presentation but to totally ignore   what was asked for only brought unexpected costs and doesn't follow standard practice.

In regards to billing can you please send a supplemental statement that itemizes the 52 +\- hours billed/paid to date. This is customary practice for the design industry and shouldn't be overlooked on this project. If there's any pending billable hours please forward along with an itemized statement.

Lastly  I'd like to see all the kitchen iterations that were presented to Therese. I would also like to know who officially did the design and layout for the cabinetry work? If I consider the rendering format and Luis' statements it appears Haros designed all or most of the cabinetry layout, how accurate is this?

Right now everything is on hold until I'm able to work out the pending issues with Eddie, have satisfactory resolution on the cabinets but not to exclude other issues that haven't come to surface.


Thank you

Josh



Sent from my iPhone

21

---

**Lisette L. Young** <lisette.lanuza@gmail.com>                    Sun, Sep 22, 2019 at 10:32 PM
To: Therese Casey <caseytherese@live.com>                                                22


Warmest regards,

Lisette Young
[Quoted text hidden]

---

**Lisette L. Young** <lisette.lanuza@gmail.com>                    Wed, Sep 25, 2019 at 6:01 AM
To: Josh Blumenthal <blucrew2017@gmail.com>
Cc: Therese Casey <caseytherese@live.com>, "YOUNGEDWARDJ@YAHOO.COM" <youngedwardj@yahoo.com>

Hello,

I am including Therese and Eddie on this email so everyone is on the same page, I apologize I haven't responded sooner.

So from my recollection- in terms of the design development of the laundry room- The initial 6 LF was first quoted because at the the time we weren't sure if the other side of the laundry room was going to be redesigned. However, Eddie did come up with a good solution considering budget- moving the HVAC over to the left corner and demo'ing the wall mass to the right. While this expansion was being discussed, I'm assuming between Therese, Monica, and yourself, I came up with an initial design for both walls. Keep in mind, the size of the HVAC system on the other side wasn't confirmed yet so it was conceptual in nature. (As you can see the broom closet was the tall box included on the left hand side, adjacent the tall free standing organizer)

22

23



23



24

24



25



My thought process was that we could keep your costs low by only having millwork done for the W/D wall and for the other wall we could find free standing items (organizer) and build that out ourselves like we are doing in the loft/office space upstairs.  It's at this point that I asked Haro's to add this wall of base/counter -the 6 LF of millwork to the quote he had started for this property which was the kitchen.

Therese liked this option but then confirmed that there would be 2 sets of stackables, so I created these two options for that wall instead:

26



27



28

For the sake of basic design principle (balance and symmetry) we decided the option with the counter in the middle would be best- functionality is still inherent in both designs.

Unfortunately, shorty after this 1st design was created, we had the HVAC professional out to the house and that is when he informed us that the HVAC could not be made any smaller. Obviously, this totally challenged the initial design concept. This is the next render I created to accommodate the confirmed size of HVAC cabinet:

28

29



29



30

30



 As you can see it was bigger, still functional but a bit awkward- so between Therese, Eddie and the HVAC people, they explored the possibility of moving the entire system outside the laundry room in the hallway to allow for the expanded laundry room your family needed. Once I received that information that construction was feasible for this to happen, I created this rendering for that wall:

31



When I presented Therese with this option, she told me how much Monica liked the bench from the initial concept so we came up with an option to include a free standing bench by incorporating a blank panel so as not to lose any folding counter space:

32



Once Therese approved this option is when I requested from Haro's to add bases, uppers and counters to the other side of the room- hence the change order and additional cost.

RE: the kitchen design:  My concept and layout after I was given the directive to try create as much storage as possible as well as a banquette seat to serve as a multi-functioning space...a secondary eating area aside from the formal dining room, as well as a place for the children to do their homework and crafts). Haro's just created their internal drawings off my design in order to make sure the dimensions of the bases and uppers and such would work- they came out to site verify. This is typical workflow with all millworkers. Re: the cabinet interiors- I came out to Haro's workshop to see samples of door faces, styles, and stains, etc. I hadn't seen a "shaker" style door face with a raised interior panel before, in my mind he was showing me a showroom sample that

33

included 2 different door styles on each side, I simply just chose the shaker style. I wasn't aware that the sample door was literally the door we would receive.

34

Here are the initial renders with basic footprint and layout. It was assumed all along that shaker style cabinets consistent with a modern farmhouse aesthetic were to be used, so no door details were created in the renders:



35



35



36

36

37



37



38

38



39

In terms of my billing for ongoing design work- I keep a log of dates and hours performed for each of my projects. I will send that to you later. At this point, construction progress has been halted due to your refusal to accept the cabinet doors so at this point in time, there has been no further design work performed for your project.

As a side note, we are in the process of receiving your light fixtures this week, once they are all in and accounted for, they will be delivered to you.

[Quoted text hidden]

**Me via Boomerang** <lisette.lanuza@gmail.com>                    Wed, Sep 25, 2019 at 8:02 AM
Reply-To: "Lisette L. Young" <lisette.lanuza@gmail.com>
To: lisette.lanuza@gmail.com

Message moved to top of Inbox by Boomerang because there was no reply (view this conversation).

Don't want this notification email in the future? Go to https://b4g.baydin.com/settings and uncheck the 'At the top of your Inbox' option under Settings. Please note that your Boomeranged messages would no longer return to the top of your Inbox.

Like Boomerang? Tell a friend! Click here.

**Josh Blumenthal** <blucrew2017@gmail.com>                    Wed, Sep 25, 2019 at 12:54 PM

Lisette

Thank you for the email. This is to confirm installing the cabinets is on hold pending resolution of the mismatch of panels between exterior and interior.

As noted we're not wanting the custom cabinet to be reworked to match the stock cabinet with the raised insert. Rather our goal is for the stock cabinets to follow a longstanding manufacturing element with recessed panels front and back. If the cabinet maker is unable or unwilling to honor this request then we're asking you find alternatives to satisfy our request with no additional out of pocket expense.

The other point mentioned and one we ask  you to evaluate further is the overall cost of the product. Plenty of information is available noting the cost increases going to a raised panel insert and while the percentage varies, at maximum we've seen 20% higher costs associated with a raised panel insert Because the raised insert style conflicts with the style we selected and does so with an added cost it's not unreasonable for us to refuse the product. It is unreasonable though that in acting as our agent you're not more supportive of our position. We're essentially being forced to accept product we didn't request and pay a higher cost than what's readily available in the market.

With all due respect, contracting a project of this value requires a heightened attention to detail. Oversight of the panels while not intentional results in a high cost to remedy surely not an expense we're looking to absorb.

We look forward to receiving supplemental  itemized statements and respectfully remind you billable hours were/are to be done in 10 hour increments.

We also look forward to further dialogue on this topic as you try to remedy these issues.

41

Thank you

42

Sent from my iPhone

On Sep 25, 2019, at 6:01 AM, Lisette L. Young <lisette.lanuza@gmail.com> wrote:

Hello,

I am including Therese and Eddie on this email so everyone is on the same page, I apologize I haven't responded sooner.

So from my recollection- in terms of the design development of the laundry room- The initial 6 LF was first quoted because at the the time we weren't sure if the other side of the laundry room was going to be redesigned. However, Eddie did come up with a good solution considering budget- moving the HVAC over to the left corner and demo'ing the wall mass to the right. While this expansion was being discussed, I'm assuming between Therese, Monica, and yourself, I came up with an initial design for both walls. Keep in mind, the size of the HVAC system on the other side wasn't confirmed yet so it was conceptual in nature. (As you can see the broom closet was the tall box included on the left hand side, adjacent the tall free standing organizer)

<ross court laundry room1 (2).jpg>

<ross court laundry room2 (2).jpg>

42

43

<ross court laundry room4 (1).jpg>

<ross court laundry room3 (2).jpg>
My thought process was that we could keep your costs low by only having millwork done for the W/D wall and for the other wall we could find free standing items (organizer) and build that out ourselves like we are doing in the loft/office space upstairs.  It's at this point that I asked Haro's to add this wall of base/counter -the 6 LF of millwork to the quote he had started for this property which was the kitchen.

Therese liked this option but then confirmed that there would be 2 sets of stackables, so I created these two options for that wall instead:

<ross court laundry room edited_1.jpg>
<ross court laundry room_edited option.jpg>

For the sake of basic design principle (balance and symmetry) we decided the option with the counter in the middle would be best- functionality is still inherent in both designs.

Unfortunately, shorty after this 1st design was created, we had the HVAC professional out to the house and that is when he informed us that the HVAC could not be made any smaller. Obviously, this totally challenged the initial design concept. This is the next render I created to accommodate the confirmed size of HVAC cabinet:

<ross court laundry room_edited2.jpg>
<ross court laundry room_edited3.jpg>
43

---

44

<ross court laundry room_edited4.jpg>

 As you can see it was bigger, still functional but a bit awkward- so between Therese, Eddie and the HVAC people, they explored the possibility of moving the entire system outside the laundry room in the hallway to allow for the expanded laundry room your family needed. Once I received that information that construction was feasible for this to happen, I created this rendering for that wall:

<ross court laundry room- folding counter with broom closet.jpg>

When I presented Therese with this option, she told me how much Monica liked the bench from the initial concept so we came up with an option to include a free standing bench by incorporating a blank panel so as not to lose any folding counter space:

<ross court laundry room-new folding counter.jpg>

Once Therese approved this option is when I requested from Haro's to add bases, uppers and counters to the other side of the room- hence the change order and additional cost.

RE: the kitchen design:  My concept and layout after I was given the directive to try create as much storage as possible as well as a banquette seat to serve as a multi-functioning space...a secondary eating area aside from the formal dining room, as well as a place for the children to do their homework and crafts). Haro's just created their internal drawings off my design in order to make sure the dimensions of the bases and uppers and such would work- they came out to site verify. This is typical workflow with all millworkers. Re: the cabinet interiors- I came out to Haro's workshop to see samples of door faces, styles, and stains, etc. I
44

hadn't seen a "shaker" style door face with a raised interior panel before, in my mind he was showing me a showroom sample that included 2 different door styles on each side, I simply just chose the shaker style. I wasn't aware that the sample door was literally the door we would receive.

Here are the initial renders with basic footprint and layout. It was assumed all along that shaker style cabinets consistent with a modern farmhouse aesthetic were to be used, so no door details were created in the renders:

<ross court kitchen- back view.jpg>
<ross court kitchen- banquette seating.jpg>
<ross court kitchen- built in.jpg>
<ross court kitchen- coffee and drink station.jpg>
<ross court kitchen- kitchen front view.jpg>
<ross court kitchen- range wall.jpg>
<ROSS COURT KITCHEN- SINK WALL ELEVATION.JPG>

In terms of my billing for ongoing design work- I keep a log of dates and hours performed for each of my projects. I will send that to you later. At this point, construction progress has been halted due to your refusal to accept the cabinet doors so at this point in time, there has been no further design work performed for your project.

As a side note, we are in the process of receiving your light fixtures this week, once they are all in and accounted for, they will be delivered to you.

45

On Sun, Sep 22, 2019 at 10:15 PM Josh Blumenthal <blucrew2017@gmail.com> wrote:

Lisette

This email will confirm that we will not accept the cabinets as delivered with the raised panel door and drawers. Nor will we accept the remedy of the raised panel fronts on the custom cabinets to make them uniform.

Realistically, the traditional and shaker style existing on a single front conflicts from a design element.

I can accept most people would accept the claim Luis made that the raised panel adds weight and makes the door/drawer front more robust but few end users would take that claim and consider the added cost to the raised panel.

Between conflicting designs and unnecessary added costs For these reasons and not excluding others we will not accept the cabinets for this project.

As a general point of concern With respect to the laundry room,  functionality was conveyed since the start of the project so there's  issues starting the quote with 6 LF It misrepresented the project and the cost for no reason. By all means the quote should have taken everything into consideration that was asked for and working backwards to cut costs should we so choose. The only other option or reasonable deviance would be offering a good better best presentation but to totally ignore   what was asked for only brought unexpected costs and doesn't follow standard practice.

In regards to billing can you please send a supplemental statement that itemizes the 52 +\- hours billed/paid to date. This is customary practice for the design industry and shouldn't be overlooked on this project. If there's any

46

pending billable hours please forward along with an itemized statement.    47

Lastly  I'd like to see all the kitchen iterations that were presented to Therese. I would also like to know who officially did the design and layout for the cabinetry work? If I consider the rendering format and Luis' statements it appears Haros designed all or most of the cabinetry layout, how accurate is this?

Right now everything is on hold until I'm able to work out the pending issues with Eddie, have satisfactory resolution on the cabinets but not to exclude other issues that haven't come to surface.


Thank you

Josh


Sent from my iPhone

<ross court laundry room1 (2).jpg>

<ross court laundry room2 (2).jpg>

<ross court laundry room4 (1).jpg>

<ross court laundry room3 (2).jpg>

<ross court laundry room edited_1.jpg>

47 <ross court laundry room_edited option.jpg>

<ross court laundry room_edited2.jpg>                    48

<ross court laundry room_edited3.jpg>

<ross court laundry room_edited4.jpg>

<ross court laundry room- folding counter with broom closet.jpg>

<ross court laundry room-new folding counter.jpg>

<ross court kitchen- back view.jpg>

<ross court kitchen- banquette seating.jpg>

<ross court kitchen- built in.jpg>

<ross court kitchen- coffee and drink station.jpg>

<ross court kitchen- kitchen front view.jpg>

<ross court kitchen- range wall.jpg>

<ROSS COURT KITCHEN- SINK WALL ELEVATION.JPG>

---

Lisette L. Young <lisette.lanuza@gmail.com>                    Thu, Sep 26, 2019 at 8:22 PM
To: Josh Blumenthal <blucrew2017@gmail.com>

Hi Josh-

48

I'm hearing you out and will try to figure out a way to get the cabinet doors done at no additional cost to you.  I just need some time to research options further. We'll keep you posted. Thanks-


Warmest regards,


Lisette Young
[Quoted text hidden]

49

50

 Gmail

Lisette Young <lisette.lanuza@gmail.com>

# Re:

5 messages

**Edward Young** <youngedwardj@yahoo.com>          Tue, Sep 24, 2019 at 9:42 PM
Reply-To: "youngedwardj@yahoo.com" <youngedwardj@yahoo.com>
To: "blucrew2017@gmail.com" <blucrew2017@gmail.com>, "Caseytherese@live.com"
<Caseytherese@live.com>, "Lisette L. Young" <lisette.lanuza@gmail.com>

Josh,
I will be more than glad to have a productive conversation with you going over this project. I can assure you that everything is accounted for. But this is a conversation that needs to be had with all parties involved including Lisette, Therese, Monica, and myself. Being that I was following orders given and approvals were made by one of the persons mentioned, In which you provided the finances and also approved work that was performed so in order to get the record straight and this matter resolved in a timely and amicable manner a conference call with all parties involved is recommended. I propose a conference call Friday evening 7pm. And for the record you are not allowing us to continue and we have come to a stand still because we cannot continue with plumbing finishes because that involves the cabinets and countertops to be installed prior, in which is being held up by you refusing the

50

cabinets , so also until the cabinet situation is resolved that hinders our forward
progress. I hope we can resolve this Friday and finish this project.

Eddie Young

Sent from Yahoo Mail on Android

On Mon, Sep 23, 2019 at 9:20 AM, Josh Blumenthal
<blucrew2017@gmail.com> wrote:

Eddie

Following up on my text as to not limit my concerns on the billing to just
the demo of bathrooms.

Understand the first inv #2 was paid according to terms however before
executing the terms I was advised all checks would be deposited
prematurely to offset the 10 day hold. From that point forward I ignored
the terms and wrote additional checks in full and know Therese has as
well. The frustration I have with my actions and failure to follow the
terms compounded with the inability of almost every job or task to be
executed to an acceptable level becomes overwhelming. In response to
this I need to go on record and note the following:

51

-    From invoices 2, 4, 5, 9 and 10 the only job(s) I would
consider complete and if not already can be paid in full are:
o  Flooring demo and install

From there I don't consider any other job/task 'complete' as each has a
varying number of open tasks still pending. This shouldn't be taken as
the complaint what becomes the complaint above the quality of work is
having been asked to pay in full every subsequent invoice.

How this ties in to our conversation last week is simply this, if there's
approximately $250K in payments made to your company and only
$12K can be considered finished then I shouldn't have been asked for
$125K or more prior to today. I'm not happy that between myself and
Therese it reached the point of prematurely paying this much but
compounded with other concerns and issues billing, payment and
discrepancies need to be addressed before we can move forward.

I'm open to discussing the work you feel is complete and ready for
payment in full. This is an important step in order to account for what
shouldn't be cashed as part of the 10/40/50 schedule.

Next are the credits for sales tax. I have 1 documented mention of a
credit from inv #4 applied on Inv #9 which leaves sales tax outstanding
for Inv #2 & 5 or about $9,000.

52

Now, from a customer standpoint the credit isn't reflected on the Invoice rather handwritten notes that it was applied. For the credit covering the remaining sales tax I'll require a check.

The billing in general has really created the majority of the problems here  because on one hand I know what Ive paid out and when I look at the quality of work in exchange, you can see how it would get someone going.  And on the design side I'm being forced to accept a cabinet style I dont like and dont want. Surely you can understand how all of this is upsetting and discouraging.

I have demo listed 3 times, another concern is jobs details that are including what seems to be unrelated work and in some instances appear to be work tied to another invoiced task. For example demo of upstairs and downstairs bathroom in my opinion has nothing to do with demo and install of flooring.

As you know I paid the windows in full but I was sent a 2nd invoice to which Lisette said a check will be sent. I assume Young & Associates is covering the 2nd order? Come to find out the large window on the side yard was ordered in error? Does the company accept returns? If not, did you plan on issuing a credit for the original window ordered in error?

 I wanted to elaborate on the billing concerns once I realized my text message limited the concerns to the bathroom demo which isn't the case. I have many more questions which we can discuss in person.

Other than that I have issue with the workflow and essentially any added cost for having to revisit jobs. Such as the supplemental electric and landscaping. These are 2 areas that I'm totally confused over.  I know this industry is foreign to me, but pricing product or service is not. Everything comes at a cost, the more efficient the less cost involved. Not doing all the concrete work at once creates added cost. Not looking at all the projects pending and how one impacts or is impacted by another adds cost.

Understand the mindset of tackling the small fixes in the final stage is not what I am tackling here. It's the large scale steps that arent being completed like finishing the block wall with stucco r  when other areas of the house received stucco treatment. There's a level of efficiency here that's keeping us displaced from our home, its frustrating and costly. With that I have issues with time and attention and where we should be quality wise vs where we are. But what matters is getting this work done, done right, done efficiently and to code and for a reasonable amount.

I wont be forced to accept something that's substandard, not to expectation or done to someone else's standard of quality. Not when the project value is nearing $350K.

54

Josh

Josh

**Edward Young** <youngedwardj@yahoo.com>            Wed, Sep 25, 2019 at 1:19 PM
Reply-To: "youngedwardj@yahoo.com" <youngedwardj@yahoo.com>
To: "Lisette L. Young" <lisette.lanuza@gmail.com>

His reply

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Josh Blumenthal" <blucrew2017@gmail.com>
**To:** "youngedwardj@yahoo.com" <youngedwardj@yahoo.com>
**Sent:** Wed, Sep 25, 2019 at 12:57 PM
**Subject:** Re:
Eddie

Friday night isn't available. Tomorrow or Friday during the day are best.

The conversation requires we meet in person preferable on site as the work both
in progress, pending and completed is in part what needs to be discussed.

Josh

Sent from my iPhone
[Quoted text hidden]

**Edward Young** <youngedwardj@yahoo.com>            Wed, Sep 25, 2019 at 9:17 PM
Reply-To: "youngedwardj@yahoo.com" <youngedwardj@yahoo.com>
To: "blucrew2017@gmail.com" <blucrew2017@gmail.com>, "Caseytherese@live.com"
<Caseytherese@live.com>, "Lisette L. Young" <lisette.lanuza@gmail.com>

Josh,
 We are unable to meet on site those days and times would Sunday afternoon work
for us all to meet at the house to go over these items?

Sent from Yahoo Mail on Android

On Wed, Sep 25, 2019 at 12:57 PM, Josh Blumenthal
<blucrew2017@gmail.com> wrote:

Eddie

Friday night isn't available. Tomorrow or Friday during the day are best.

The conversation requires we meet in person preferable on site as the work both in progress, pending and completed is in part what needs to be discussed.

Josh

Sent from my iPhone

On Sep 24, 2019, at 9:42 PM, Edward Young <youngedwardj@yahoo.com> wrote:

[Quoted text hidden]

---

**Edward Young** <youngedwardj@yahoo.com>                    Thu, Sep 26, 2019 at 7:46 AM
Reply-To: "youngedwardj@yahoo.com" <youngedwardj@yahoo.com>
To: "blucrew2017@gmail.com" <blucrew2017@gmail.com>, "Caseytherese@live.com"
<Caseytherese@live.com>, "Lisette L. Young" <lisette.lanuza@gmail.com>

Josh,
 Actually Saturday morning would be best hopefully that works for you also

57

Sent from Yahoo Mail on Android

On Wed, Sep 25, 2019 at 9:17 PM, Edward Young                                        58
<youngedwardj@yahoo.com> wrote:
[Quoted text hidden]

---

**Edward Young** <youngedwardj@yahoo.com>                    Thu, Sep 26, 2019 at 1:07 PM
Reply-To: "youngedwardj@yahoo.com" <youngedwardj@yahoo.com>
To: "blucrew2017@gmail.com" <blucrew2017@gmail.com>
Cc: "Caseytherese@live.com" <Caseytherese@live.com>, "Lisette L. Young"
<lisette.lanuza@gmail.com>

Josh,
Per my last email I had wrote that Sunday was not a good date for us and asked if Sat morning would work.
As far as work schedules
I have an electrician heading there now to get started on connecting ceilings fans and some lighting and he will complete his install on Tuesday.
Tomorrow Friday I have guys going there to  address flooring transition pieces and trim.
Sat/Sunday plumber going to hook up toilets, install shower and tub pieces, master bath tub
Sinks, and vanities. He will not be able to install the sink in boys bathroom or kitchen sink because the kitchen and boys bathroom require the counter tops installed first and at the moment there seems to be a hold up with the kitchen cabinets in which the countertop will sit on obviously and the boys bathroom also needs a counter top

58                                                                    **Page 124**

which was also through Haros. Other than that plumbing will be complete other than
the 2 exceptions listed.

Sent from Yahoo Mail on Android

On Thu, Sep 26, 2019 at 12:58 PM, Josh Blumenthal
<blucrew2017@gmail.com> wrote:

> Eddie
>
> Please provide a time for Sunday afternoon. Also send a summary of work
> scheduled for the upcoming week. Therese is sending information about work
> schedules that should be coming from you.
>
>
>
> Sent from my iPhone
> [Quoted text hidden]

59

---

60

Subject: Re: Vanity Boys Bathroom

**Lisette L. Young** <lisette.lanuza@gmail.com>
to Josh Blumenthal

You are viewing an attached message. Gmail can't verify the authenticity of attached messages

I wanted to go through Haros directly because they're on site anyway and he gets a better price on material and c
installer

Warmest regards,

Lisette Young

On Fri, Sep 27, 2019, 12:17 PM Josh Blumenthal <blucrew2017@gmail.com> wrote:

> Lisette
>
> Eddie mentioned the counter top for the vanity in the boys bathroom is being supplied by Haro's. Please note I c
> top and confirm the cost. Thank you
> Sent from my iPhone

60

# EXHIBIT I

 **Gmail**

**Lisette Young <lisette.lanuza@gmail.com>**

# Contract Close Out

4 messages

**Lisette L. Young** <lisette.lanuza@gmail.com>          Sun, Oct 20, 2019 at 11:17 AM
To: Josh Blumenthal <blucrew2017@gmail.com>
Cc: "YOUNGEDWARDJ@YAHOO.COM" <youngedwardj@yahoo.com>, Therese Casey
<caseytherese@live.com>

> To Josh and Monica Blumenthal,
>
> This is written notice of the official contract termination for the interior design
> services provided to you for the renovation at 14201 Ross Court, Rancho
> Cucamonga. There is no further pending design work as well as no pending billable
> hours to be paid.
>
> Final status as of today's date:
> Invoices and estimates for window treatments never moved forward from gathering
> estimates and samples. Samples of material from Dorell's Fabric and the estimates
> for fabrication from Orosco's Design were left on site on 9/29/19. As of today's date,
> no payment arrangement was discussed or arranged. A text confirming that the
> window treatments had NOT been paid for was sent to Josh on 10/01/19. The
>
> kitchen backsplash has been paid in full and in storage at Bedrosian's Anaheim,
> waiting on pick up or cancellation/refund as stated in an email on 10/18/19.
> (Attached)  If a refund is requested for the backsplash, I will happily issue one once I
> receive that notice. Thank you.
>
>
> Regards,
>
> Lisette Young

**email to josh re backsplash.JPG**
60K

**Josh Blumenthal** <blucrew2017@gmail.com>          Mon, Oct 21, 2019 at 8:17 AM
To: "Lisette L. Young" <lisette.lanuza@gmail.com>
Cc: monica blumenthal <blugrace78@gmail.com>, Edward Young
<youngedwardj@yahoo.com>

> We're in receipt of your email and will send a formal reply as time permits.
>
> Sent from my iPhone

> On Oct 20, 2019, at 11:17 AM, Lisette L. Young <lisette.lanuza@gmail.com>
wrote:

>

>

[Quoted text hidden]

> <email to josh re backsplash.JPG>

---

**Josh Blumenthal** <blucrew2017@gmail.com>　　　　Tue, Oct 29, 2019 at 8:45 PM
To: "Lisette L. Young" <lisette.lanuza@gmail.com>, monica blumenthal
<blugrace78@gmail.com>

Lisette

Following up on a previously sent acknowledgment, we're in receipt of
your notice below however have issue on a few levels.

First, accepting your notice as labeled, "contract close out" comes with
the understanding that all aspects of the contracts have been met, no
further if any disputes exist [or thought to arise in the foreseeable
future] and all administrative tasks are closed.

From our standpoint with the number of open items (exceeding what
you've listed below) it would be unfavorable to us to agree to a
contract close out.

O3

Terminating our agreement however is within the scope of the contract
but we can only agree to it as such, terminating the agreement. By no
means are we accepting termination with the implication or
understanding everything within the contract and any verbal
agreements have been fulfilled.

As a designer you have a duty to the client to develop a space that's
conducive to their needs, an environment that improves their quality of
life  Each should have been given an opportunity for their personality
to be represented and have their space reflect their needs and wants.
By no means through work or plan provided is any of the
aforementioned representative in your work and to the contrary a good
percentage of what was developed was harmful to how our house
operates in a number of ways.

The lighting plan alone was cloaked in error so much so that we had to
stop  pointing out the mistakes.

You eliminated all the fun and personality from the bedrooms taking all
4 children bedrooms that were full of personality to plain white
throughout.

The entire project lacked integrity, knowledge, and interest for us as a
family and for individual members.

O4

The master shower is a huge bone of contention as the dimensions were noted and questioned as being too small. As the designer you had a duty to be forthcoming and truthful but we were lied to and mislead.

How you define the billing schedule is not what you exercise and going back to Aug generating invoices the day Therese was not longer on the job speaks to your character and professionalism. The itemized statement that was submitted was offensive as listing dates and hours with no description of work is not to standard. Not to mention the itemized statement doesn't match the invoices which do not match the receipts.

You essentially walked off the job leaving us with $40K in cabinets that didn't meet our needs. You market handyman services on one design profile but presented your husband to us as a contractor. We were severely mislead and lied to and partnered with incompetence from all angles. We would had never agreed to an unlicensed contractor, and in presenting him in such a false pretense lead to significant financial loss and an extended displacement causing emotional and mental anguish.

05

We have no desire to negotiate any monies owed to us and we will be filing for full reimbursement plus damages. A follow up email will be sent as to a list of demands for paperwork and contact info.

06

Josh

Sent from my iPhone

Begin forwarded message:

> **From:** Josh Blumenthal <blucrew2017@gmail.com>
> **Date:** October 21, 2019 at 8:17:49 AM PDT
> **To:** "Lisette L. Young" <lisette.lanuza@gmail.com>
> **Cc:** monica blumenthal <blugrace78@gmail.com>, Edward Young <youngedwardj@yahoo.com>
> **Subject: Re:  Contract Close Out**
>
> We're in receipt of your email and will send a formal reply as time permits.
>
> [Quoted text hidden]

06

**Lisette L. Young** <lisette.lanuza@gmail.com>    Sun, Dec 22, 2019 at 4:02 PM
Draft To: Josh Blumenthal <blucrew2017@gmail.com>

Josh,

The contract was terminated on my end as there is obvious active drug and alcohol abuse present as well as disturbing communication break downs onsite that created a hostile environment in which I did not feel comfortable continuing working with you.

[Quoted text hidden]

07

08



**Lisette Young <lisette.lanuza@gmail.com>**

---

## Clean up
1 message

**Edward Young** <youngedwardj@yahoo.com>    Tue, Oct 29, 2019 at 6:20 PM
Reply-To: "youngedwardj@yahoo.com" <youngedwardj@yahoo.com>
To: "Lisette L. Young" <lisette.lanuza@gmail.com>
Cc: "Caseytherese@live.com" <Caseytherese@live.com>



08





11



12

12







15



16



17



18





21



22

22



23



24



25



26

26



27



28

28



29

30

30



31

32

32



33

33

34

34







37



38

39



39

40

I sent these pics to Josh of the 7 hour cleaning that was done today the house is spotless ready for furniture to be moved in

Sent from Yahoo Mail on Android

40

# EXHIBIT J



**Josh Blumenthal**
+1 909-660-2271

Oct 1, 2019

Good morning will you be here when Luis is here this morning?
8:30 AM

We can't find a way to see the media cabinet where it's planned. From my perspective I think that wall unit will function better as a craft storage unit upstairs and doing a standalone buffet with hutch on that wall. There's a lot of similarity too much for downstairs.
8:32 AM

Hi Josh no unfortunately- just Eddie but I can be on conference call
8:33 AM

Oh OK if that functions better for you guys Luis will let you know how to configure that best- we can install a corkboard or whiteboard instead to fill up the empty space in the center
8:36 AM

I also think upstairs we should do mobile desks. Keep the Lshape but realistically to do arts and crafts w the kids the desks should be able to come together for a larger group workstation
8:37 AM

Enter message



**Josh Blumenthal**
+1 909-660-2271

I also think upstairs we should do mobile desks. Keep the Lshape but realistically to do arts and crafts w the kids the desks should be able to come together for a larger group workstation
8:37 AM

OK ask Luis if casters can be added to the desks he ordered I think that can be an easy add on
8:39 AM

Ok sorry I wasn't aware he ordered desks
8:47 AM

Ask him to confirm but that was my understanding 😅
8:48 AM

K will do
8:54 AM

Update He didn't order desks so we are good to go there. We made some changes today some were required some were personal preference. I'll send a summary tonight. I have the same dilemma with some lighting being the throughout (sconces). The kitchen doesn't necessarily need articulating sconces, are those returnable? Monica said the drapes were

Enter message



**Josh Blumenthal**
+1 909-660-2271

Update He didn't order desks so we are good to go there. We made some changes today some were required some were personal preference. I'll send a summary tonight. I have the same dilemma with some lighting being the throughout (sconces). The kitchen doesn't necessarily need articulating sconces, are those returnable? Monica said the drapes were paid for already, is she correct? I ask because I haven't issued any checks. Can we go over what's still needing to be purchased besides appliances and closet units? Thank you
3:45 PM

Hi Josh! Right- Eddie filled me in OK Yes we should be able to return the sconces. Theyre more for accent lighting. I will confirm and let you know if we can return- re: the fabric that is on hold at Dorells as well as the estimate for the fabrication- they are both awaiting payment. The paperwork I left were just the invoice and estimates I just received
4:23 PM

Oct 2, 2019

Window treatments, cushions for the banquette and the boys vanity counter from Luis. He

Enter message



**Josh Blumenthal**
+1 909-660-2271

Oct 2, 2019

Window treatments, cushions for the banquette and the boys vanity counter from Luis. He quoted me $680 total for material, fab and install- these are really the only things I can think of that need payment still- The seat cushions... I wanted to hold off until I get you and Monica's approval on fabric and style before getting an estimate
9:22 AM

Here's one major change. This is the media cabinets from downstairs. This will be for the craft area. Sorry I couldn't find a way to make it work downstairs but it looks great in the loft
6:38 PM

Enter message

# EXHIBIT K



RIVERSIDE, CA  92506
PHONE: 949-307-3714
EMAIL:  junkyfreshstudio@gmail.com

Date:  6/8/19

Dear Josh and Monica,

It was great meeting with you again. Thank you for giving me the opportunity to fill your need of interior design services for the renovation of your home. This letter will serve as a Letter of Agreement for the Design services I will provide for you.

1. **INTERIOR DESIGN:**  Includes onsite measure and review, material specifications and samples,  (interior and exterior paint, flooring, counters, wall treatments, fabrics, etc) color palette, lighting plan, space plan/layout, and renderings.

2. **PROCUREMENT:**  Includes ordering, procurement and tracking of furniture, materials, fixtures, appliances and decor. Management of contractors, subcontractors, and other tradesmen. On site visits when necessary.

Doc ID: 6a101189c3a781865a8551d1e1d56b36c27e7272

**Designer and Client agree as follows:**

**SCOPE:** Designer shall develop interior furnishing specifications that may include coloration, fabrics, lighting, and furnishings as required. Designer's services do not include contractor services, landscape design, or architecture. Designer shall consult other professionals such as lighting consultants, landscape architects, architects, and others. Client acknowledges that Project deadlines are subject to the vagaries of the marketplace and the performance of third parties.

**PAYMENT TERMS FOR DESIGN FEES:** Designer shall be compensated on an hourly basis at the rate of **$95/ per hour**. All hours or partial hours Designer is working on and/or for the Project will be considered design fees. Hourly charges will be invoiced to Client in 10-hour increments and are payable by Client upon receipt of invoice. Upon signing this Agreement, Designer shall receive a non refundable initial advance of **$1,500** which constitutes the minimum fee due Designer for Design Services. The advance will be credited against hourly fees otherwise payable by Client to Designer for Design Services at completion of project. All Design Fees are non refundable. Payments may be made by check, cash or credit card- invoice for advance to follow.

**PURCHASING OF PRODUCT**: Designer shall place orders for material, furniture, fixtures, appliances, etc. on behalf of Client, using the credit card authorized by Client in advance. Designer shall arrange delivery and installation of Designer-purchased furnishings and other items purchased on behalf of the Client for the Project. If available, Client will receive any discount Designer is subject to.  When practical, Designer will present specification to Client for Client to purchase direct from vendor. Client is wholly responsible for all items purchased by the Client.

**NO PRICE GUARANTEE:** Designer cannot guarantee prices of merchandise, interior installation, or other services not performed by Designer. Vendor pricing is subject to change and out of the control of Designer.

**REFUNDS & CANCELLATIONS**: Once purchased, most items cannot be returned or cancelled, therefore requests to do so will be assessed on a per-item basis with no guarantee of return or cancellation; custom items cannot be cancelled or returned. Requests for returns and cancellations will be billed hourly. Design Fees and reimbursable expenses are non-refundable, even when associated with a return or cancellation.

**REIMBURSABLE EXPENSES**: Client agrees to reimburse Designer for all out-of-pocket expenses actually incurred by Designer in relation to the Project, including but not limited to postage and handling, freight, delivery and storage costs.

**DRAWINGS**: Designer's drawings are conceptual in nature and are intended to set forth design intent; they are not to be used for architectural or engineering purposes. Designer services do not include modifications to structural, heating, air conditioning, plumbing, electrical, ventilation or other mechanical systems in the Project. Designer shall be held harmless for relying on the accuracy of information provided by the Client. Project drawings and documents cannot be used by Client for any purpose other than completion of Project by Designer as laid out in this agreement.

**OTHER CONTRACTORS & CONSULTANTS:** Designer provides no warranty, guarantee, certification, or responsibility for the performance, quality, or timely completion of any work performed or materials installed by other Contractors, nor their agents or employees. Designer shall cooperate with and observe Consultants for the purpose of general conformity of the design plan but is not responsible for their oversight.

**TERMINATION**: Designer or Client can terminate this agreement by notifying the other party in writing. Client will be responsible for any outstanding reimbursable charges and fees. All in-process proposals and orders will be completed by Designer and delivered to Client. If a balance remains in Client's account, the amount will be refunded less any outstanding reimbursable charges or design fees. Client agrees to take no action which is

Doc ID: 6a101189c3a781865a8551d1e1d56b36c27e7272

intended, or would reasonably be expected, to harm the Designer's reputation or which would reasonably be expected to lead to unwanted or unfavorable publicity to the Designer.

**TERMS:** The parties agree that the terms of this Agreement may be changed only by a writing signed by both parties and that no oral changes or waivers are permitted.

**HAVE FUN**: I strive for the most comfortable, enjoyable, and transparent design experience possible! :)

If this letter of agreement meets your approval, please sign below.  Thanks again! I look forward to working with you!

*Joshua Blumenthal*        06 / 16 / 2019
_____
Printed Name and Signature (Client)

*Lisette Young*        06 / 14 / 2019
_____
Printed Name and Signature (Designer)

Doc ID: 6a101189c3a781865a8551d1e1d56b36c27e7272

**▼ HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | Interior Design LOA- Ross Court Residence |
| **FILE NAME** | Ross Court Renovation (2).pdf |
| **DOCUMENT ID** | 6a101189c3a781865a8551d1e1d56b36c27e7272 |
| **STATUS** | ● Completed |

## Document History

| | | |
|---|---|---|
| **SENT** | **06/15/2019**<br>01:19:29 UTC | Sent for signature to Therese Casey (caseytherese@live.com)<br>from lisette.lanuza@gmail.com<br>IP: 75.23.184.141 |
| **VIEWED** | **06/17/2019**<br>01:11:45 UTC | Viewed by Therese Casey (caseytherese@live.com)<br>IP: 47.153.34.56 |
| **SIGNED** | **06/17/2019**<br>01:13:19 UTC | Signed by Therese Casey (caseytherese@live.com)<br>IP: 47.153.34.56 |
| **COMPLETED** | **06/17/2019**<br>01:13:19 UTC | The document has been completed. |

# EXHIBIT L



14.6'x12.6'
**MASTER
BATHROOM
183.8 SF**

W.I.C

EDROOM

OPENING
38"x80"

(E) SPIRAL
STAIRCASE







TOILET CLOSET



















# EXHIBIT M



















































































































# EXHIBIT N





























































# EXHIBIT O



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle, Suite 100
Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **DEFENDANTS' TRIAL EXHIBITS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 16, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Glen J Biondi     glen@biondilawcorp.com, biondigr80135@notify.bestcase.com
Arturo Cisneros (TR)     amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Paul J Gutierrez     pgutierrez@rkmattorneys.com
Benjamin Heston     bheston.ecf@gmail.com, HestonBR41032@notify.bestcase.com,NexusBankruptcy@jubileebk.net
Kelly A Neavel     shelly@glawgroupapc.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) August 16, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**James E Klinkert**
Klinkert, Gutierrez & Neavel
1407 N. Batavia St
Orange, CA 91761

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 16, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**The Honorable Scott H. Yun**
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 16, 2022 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.