*Nexus_Bankruptcy*
Benjamin Heston (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
T: 951-290-2827
F: 949-288-2054
ben@nexusbk.com

Attorney for Defendants,
Edward & Lisette Young

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>EDWARD YOUNG, and LISETTE YOUNG,<br><br>  Debtors.<br>———————————————<br>JOSHUA A. BLUMENTHAL, and MONICA BLUMENTHAL,<br><br>  Plaintiffs,<br><br>v.<br><br>EDWARD YOUNG, an individual; and LISETTE YOUNG, fka Lisette Lanuza, an individual,<br><br>  Defendants. | Case No.: 6:20-bk-16824-SY<br><br>Chapter 7<br><br>Adv No.: 6:21-ap-01010-SY<br><br>**AMENDED DECLARATION OF BENJAMIN HESTON REGARDING BILLING RECORDS**<br><br>**Hearing**<br>Date: November 10, 2022<br>Time: 9:30 a.m.<br>Courtroom 302<br>3420 Twelfth Street<br>Riverside, CA 92501 |

I, Benjamin Heston, declare as follows:

1. I am the attorney for the Defendants in this adversary proceeding. I have personal knowledge of all facts stated herein. As to all allegations stated on information and belief, I believe these allegations to be true. I could competently testify to the allegations contained herein.

2. The Declaration Regarding Billing Records filed on October 20, 2022 as Docket #35 erroneously listed my hourly rate as $350 instead of $300, which was my hourly rate at the time I was retained on this matter.

1

3. Additionally, the time records for drafting the Reply had been based on estimates. As this work has now been completed, I am supplementing to include those records as well.

4. Attached hereto as Exhibit A is a statement of such fees and expenses.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: November 7, 2022

_____
Benjamin Heston

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

## Edward & Lisette Young

**Account Statement**

Date: 11/07/2022

### Chapter 7 / Adversary

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 08/10/2022 | Research re Motion in Limine | 0.70 | $300.00 | $210.00 |
| Expense | 08/14/2022 | Reimbursable expenses: Pacer Charges | 3.00 | $3.00 | $9.00 |
| Service | 08/14/2022 | Draft motion in limine | 1.60 | $300.00 | $480.00 |
| Service | 09/15/2022 | Travel to Riverside Court - OSC re dismissal | 0.90 | $300.00 | $270.00 |
| Service | 09/15/2022 | Hearing on OSC re dismissal for lack of prosecution | 1.10 | $300.00 | $330.00 |
| Service | 09/15/2022 | Travel from Riverside Court - OSC re dismissal | 0.70 | $300.00 | $210.00 |
| Service | 09/19/2022 | Draft/file Notice of Hearing re Motion in Limine | 0.40 | $300.00 | $120.00 |
| Service | 11/02/2022 | Draft Reply to Motion in Limine | 1.70 | $300.00 | $510.00 |
| Service | 11/03/2022 | Draft reply to motion in limine | 4.10 | $300.00 | $1,230.00 |
| Service | 11/10/2022 | Travel to/from Riverside Court (estimated) | 1.50 | $300.00 | $450.00 |
| Service | 11/10/2022 | Attend hearing on Motion in Limine / OSC (estimated) | 1.00 | $300.00 | $300.00 |
| Service | 11/10/2022 | Draft and lodge Order on Motion in Limine (estimated) | 0.40 | $300.00 | $120.00 |

**Total** **$4,239.00**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED DECLARATION OF BENJAMIN HESTON REGARDING BILLING RECORDS** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 7, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Glen J Biondi    glen@biondilawcorp.com, biondigr80135@notify.bestcase.com
Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Paul J Gutierrez    pgutierrez@rkmattorneys.com
Kelly A Neavel    kneavel@rkmattorneys.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 7, 2022 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501

James E Klinkert
Klinkert, Gutierrez & Neavel
1407 N. Batavia St, Ste 202
Orange, CA 91761

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/7/2022 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                             **F 9013-3.1.PROOF.SERVICE**