**United States Bankruptcy Court**
**Central District of California**
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

---

**Thursday, November 10, 2022**                                              **Hearing Room    302**

<u>9:30 AM</u>
**6:20-16824    Edward Young**                                                                 **Chapter 7**
Adv#: 6:21-01010    Blumenthal et al v. Young et al

   **#19.00**    CONT'D Order to Show Cause Why Case Should not
         be Dismissed for Failure to Prosecute

         FR. 9/15/22

                             Docket    21

*[Handwritten: James Klinkert for π]*
*[Handwritten: Benjamin Heston for D]*

**Matter Notes:**

   **GRANTED:** _____    **DENIED:** *[Handwritten: Dischg & OSC]*

   **CONT'D. TO:** _____

      **Briefing filed:** _____

      **Opposition filed:** _____

      **Reply filed:** _____

   **WITHDRAWN:** _____

      **Order Lodged by:** _____

**Tentative Ruling:**

   APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| **Party Information** |
|---|

**Debtor(s):**

   Edward Young                             Represented By
                                                  Benjamin Heston