# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

---

**Thursday, November 10, 2022**　　　　　　　　　　　　　　　　　　　　**Hearing Room　302**

---

9:30 AM
**6:20-16824    Edward Young**　　　　　　　　　　　　　　　　　　　　　　　**Chapter 7**
Adv#: 6:21-01010    Blumenthal et al v. Young et al

　　#20.00　　Defendant's Motion in Limine

　　　　　　　　　　　Docket　　24

*[Handwritten: James Klinkert for π; Benjamin Heston for ∆]*

**Matter Notes:**　✓

　　GRANTED: ✓　　　　　　　　　DENIED: _____

　　CONT'D. TO: _____

　　　　Briefing filed: _____

　　　　Opposition filed: _____

　　　　Reply filed: _____

　　WITHDRAWN: _____

　　　　Order Lodged by: B. Heston

*[Handwritten notes on right side:
- $4,288 in fees need to be paid to Trustee's Bankruptcy
- Within 7 days of entry of the order
- Trial set to begin 3/15/23 @ 9:30 am]*

**Tentative Ruling:**

　GRANT.

　APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

　Edward Young　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　Benjamin Heston