1  James E. Klinkert
   State Bar No. 115937
2  Paul J. Gutierrez
   State Bar No. 177606
3  Kelly Neavel
   State Bar No. 244107
4  KLINKERT, GUTIERREZ & NEAVEL
   1407 N. Batavia Street, Suite 202
5  Orange, CA 92867
   (909) 390-9999
6  jklinkert@rkmattorneys.com
   pgutierrez@rkmattorneys.com
7  kneavel@rkmattorneys.com

8  Attorney for Plaintiffs Joshua Blumenthal
   and Monica Blumenthal
9

10              UNITED STATES BANKRUPTCY COURT

11              CENTRAL DISTRICT OF CALIFORNIA

| In re Edward Young and Lisette Young,<br><br>Debtors. | Case No.: 6:20-bk-16824-SY<br><br>ADVERSARY NO: 6:21-ap-01010-SY |
|---|---|
| JOSHUA BLUMENTHAL and MONICA BLUMENTHAL,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD YOUNG, an individual; LISETTE YOUNG, fka Lisette Lanuza, an individual<br><br>Defendants. | Chapter 7<br><br>DECLARATION OF PAUL J. GUTIERREZ RE: PAYMENT OF COURT ORDERED FEES<br><br>Date:   November 10, 2022<br>Time:  9:30 a.m.<br>Place:  Ctrm. 302<br>3420 Twelfth Street<br>Riverside, CA 92501 |

I Paul J. Gutierrez, declare:

I am an attorney, licensed to practice law in the State of California and admitted before this Court. If called upon to do so I could testify competently as to my own personal knowledge of the following:

1. On November 10, 2022 check number 7028 written on the account of James E. Klinkert, in the amount of $4239.00 payable to Nexus Bankruptcy, was sent by my office by United States

DECLARATION

1 | Mail to Ben Heston at 100 Bayview Circle, Suite 200, Newport Beach, CA 92660.

2 |     I declare under penalty of perjury under the laws of the United State of America that the
3 | foregoing is true and correct.

5 |           /s/ Paul J. Gutierrez

6 | Dated: November 14 , 2022

          PAUL J. GUTIERREZ

DECLARATION     2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1407 N. Batavia Street, Suite 202, Orange, CA, 92867

A true and correct copy of the foregoing document entitled (*specify*): _____
DECLARATION OF PAUL J. GUTIERREZ RE: PAYMENT OF COURT ORDERED FEES
_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/14/2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Glen J Biondi glen@biondilawcorp.com, biondigr80135@notify.bestcase.com;
   Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com;
   United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov;   Benjamin Heston bheston.ecf@gmail.com,
   HestonBR41032@notify.bestcase.com, NexusBankruptcy@jubileebk.net

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/14/2022_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
   Hon. Scott H. Yun
   U.S. Bankruptcy Court
   3420 Twelfth Street, Suite 345
   Riverside, CA 92501

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/14/2022 | Paul J. Gutierrez | /s/ Paul J. Gutierrez |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**