Nexus_Bankruptcy
Benjamin Heston (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
T: 951-290-2827
F: 949-288-2054
ben@nexusbk.com

Attorney for Defendants,
Edward and Lisette Young

FILED & ENTERED

NOV 17 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD YOUNG, and<br>LISETTE YOUNG,<br><br>　　　　Debtors.<br><br>JOSHUA A. BLUMENTHAL, and<br>MONICA BLUMENTHAL,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>EDWARD YOUNG, and<br>LISETTE YOUNG,<br><br>　　　　Defendants. | Case No.: 6:20-bk-16824-SY<br><br>Chapter 7<br><br>Adv No.: 6:21-ap-01010-SY<br><br>**ORDER ON DEFENDANTS'<br>MOTION IN LIMINE**<br><br>Hearing:<br>Date: November 10, 2022<br>Time: 9:30 a.m.<br>Courtroom 302<br>3420 Twelfth Street<br>Riverside, CA 92501 |

On November 10, 2022 at 9:30 a.m. a hearing was held on the Defendants' Motion in Limine ("Motion") [Docket # 24] at the United States Bankruptcy Court for the Central District of California, Riverside Division, the Honorable Scott H. Yun presiding. Appearances were made by James Klinkert, counsel for plaintiffs, and Benjamin Heston, counsel for defendants. The court having considered the pleadings and arguments of counsel,

///

1

IT IS ORDERED that the Motion is granted as follows:

1. Plaintiffs shall pay defendants' attorney's fees incurred on the Motion in the amount of $4,239 within seven days of entry of this order;
2. Trial in this case is set for March 15, 2023 at 9:30 a.m.

###

Date: November 17, 2022

Scott H. Yun
United States Bankruptcy Judge