1 | **NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
2 | 100 Bayview Circle #100
Newport Beach, CA 92660
3 | T: 951-290-2827
F: 949-288-2054
4 | *ben@nexusbk.com*

5 | Attorney for Defendants,
Edward & Lisette Young

6

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re: | Case No.: 6:20-bk-16824-SY |
| EDWARD YOUNG, and LISETTE YOUNG, | Chapter 7 |
| Debtors. | Adv No.: 6:21-ap-01010-SY |
| | **DEFENDANTS' AMENDED EXHIBIT REGISTER** |
| JOSHUA A. BLUMENTHAL, and MONICA BLUMENTHAL, | **TRIAL** |
| Plaintiffs, | Date: March 15, 2023 |
| v. | Time: 9:30 a.m. |
| EDWARD YOUNG, an individual; and LISETTE YOUNG, fka Lisette Lanuza, an individual, | Courtroom 302 |
| | 3420 Twelfth Street |
| Defendants. | Riverside, CA 92501 |

        Defendants Edward and Lisette Young filed, lodged, and served their trial exhibits on

August 16, 2022. Defendants have no additional exhibits that they intend to use for their case in

chief. Defendants hereby submit the attached exhibit register for the sake of consistency with the

register filed by Plaintiffs.


Date: February 22, 2023

                                                    _____
                                                    BENJAMIN HESTON

| EX. NO. | DESCRIPTION | OFFERED BY | STIPULATED | OBJECTION | DATE IDENTIFIED | DATE ADMITTED |
|---------|-------------|------------|------------|-----------|-----------------|---------------|
| A | State Court Complaint | Defendants | | | | |
| B | Adversary Complaint | Defendants | | | | |
| C | Answer To Adversary Complaint | Defendants | | | | |
| D | Joint Pre-Trial Stipulation | Defendants | | | | |
| E | Email Correspondence From June 2019 | Defendants | | | | |
| F | Email Correspondence From July 2019 | Defendants | | | | |
| G | Email Correspondence From August 2019 | Defendants | | | | |
| H | Email Correspondence From September 2019 | Defendants | | | | |
| I | Email Correspondence From October 2019 | Defendants | | | | |

| EX. NO. | DESCRIPTION | OFFERED BY | STIPULATED | OBJECTION | DATE IDENTIFIED | DATE ADMITTED |
|---------|-------------|------------|------------|-----------|-----------------|---------------|
| | | | | | | |
| J | Text Message Correspondence From October 2019 | Defendants | | | | |
| K | Interior Design Contract | Defendants | | | | |
| L | Design Renderings | Defendants | | | | |
| M | Remodel Progress Photos | Defendants | | | | |
| N | Remodel Completion Photos | Defendants | | | | |
| O | Photos of Checks From Blumenthal Trust | Defendants | | | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle, Suite 100
Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **DEFENDANTS' AMENDED EXHIBIT REGISTER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/22/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Glen J Biondi    glen@biondilawcorp.com, biondigr80135@notify.bestcase.com
Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Paul J Gutierrez    pgutierrez@rkmattorneys.com
Kelly A Neavel    kneavel@rkmattorneys.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 2/22/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**James E Klinkert**
Klinkert, Gutierrez & Neavel
1407 N. Batavia St, Ste 202
Orange, CA 91761

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

**Judge Scott H. Yun**
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/22/2023 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.