**ORIGINAL**

## United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

---

**Wednesday, March 15, 2023**                                                      **Hearing Room    302**

---

<u>9:30 AM</u>
**6:20-16824    Edward Young**                                                                **Chapter 7**
Adv#: 6:21-01010    Blumenthal et al v. Young et al

#1.00    **TRIAL** re: Complaint Objecting to Discharge and to Determine Dischargeability of Debt (11 U.S.C. Sections 523(a)(2)(A) and 523(a)(6))

Docket    1

*[Handwritten: James Klinkert for π]*

**Matter Notes:**

*[Handwritten: Benjamin Heston for ∆]*

Status Conference cont'd. to: _____

Joint Status Report due: _____

Scheduling order to be lodged by: _____

*[Handwritten: Witness
Joshua Blumenthal
Edward Young
Lisette Young]*

Pretrial Conference set for: _____

Joint Pretrial Stip due: _____

Trial set for: _____

Discovery cutoff: _____

*[Handwritten: - Judgment for ∆s on both claims - §§ 523(a)(2) & (a)(6)]*

Last day to file pretrial motions: _____

Motion for Default Judgment to be filed by: _____

Case to Mediation Yes: _____ or No: _____

*[Handwritten: - Judgment to be lodged by B. Heston]*

Order appointing Mediator to be lodged by: _____

**Tentative Ruling:**

---
3/15/2023 8:34:06 AM                                          Page 1 of 2

# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Wednesday, March 15, 2023**            **Hearing Room**    **302**

<u>9:30 AM</u>
**CONT...**     **Edward Young**                                                  **Chapter 7**
   - NONE LISTED -

### Party Information

**Debtor(s):**

Edward Young                                 Represented By
                                                 Benjamin Heston

**Defendant(s):**

Edward Young                                 Represented By
                                                 Benjamin Heston

Lisette Young                                  Represented By
                                                 Benjamin Heston

**Joint Debtor(s):**

Lisette Young                                  Represented By
                                                 Benjamin Heston

**Plaintiff(s):**

Joshua Blumenthal                       Represented By
                                               Glen J Biondi
                                                 Paul J Gutierrez
                                                 James E Klinkert
                                                 Kelly A Neavel

Monica Blumenthal                     Represented By
                                                 Glen J Biondi
                                                 Paul J Gutierrez
                                                 James E Klinkert
                                                 Kelly A Neavel

**Trustee(s):**

Arturo Cisneros (TR)                    Pro Se