| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**NEXUS_BANKRUPTCY**<br>BENJAMIN HESTON (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>T: 951-290-2827<br>F: 949-288-2054<br>*ben@nexusbk.com*<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Defendants* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>EDWARD YOUNG, and<br>LISETTE YOUNG,<br><br><br>Debtor(s). | CASE NO.: 6:20-bk-16824-SY<br>CHAPTER: 7<br>ADVERSARY NO.: 6:21-AP-01010-SY |
| JOSHUA A. BLUMENTHAL, and<br>MONICA BLUMENTHAL,<br><br>Plaintiff(s),<br>vs.<br><br>EDWARD YOUNG, an individual; and<br>LISETTE YOUNG, fka Lisette Lanuza, an individual,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]):<br><br>**COMPLAINT OBJECTING TO DISCHARGE AND TO DETERMINE DISCHARGEABILITY OF DEBT (11 U.S.C. §§ 523(a)(2)(A) and 523(a)(6))** |

PLEASE TAKE NOTE that the order or judgment titled <u>JUDGMENT</u> was lodged on (*date*) <u>March 17, 2023</u> and is attached. This order relates to the motion which is docket number <u>1</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* Page 1 **F 9021-1.2.ADV.NOTICE.LODGMENT**

**NEXUS_BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
T: 951-290-2827
F: 949-288-2054
*ben@nexusbk.com*

Attorney for Defendants,
Edward and Lisette Young

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD YOUNG, and LISETTE YOUNG,<br><br>Debtors. | Case No.: 6:20-bk-16824-SY<br><br>Chapter 7<br><br>Adv No.: 6:21-ap-01010-SY<br><br>**JUDGEMENT** |
| JOSHUA A. BLUMENTHAL, and MONICA BLUMENTHAL,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD YOUNG, an individual; and LISETTE YOUNG, fka Lisette Lanuza, an individual,<br><br>Defendants. | **Hearing**<br>Date: November 10, 2022<br>Time: 9:30 a.m.
Courtroom 302 |

  A trial on this matter was held on March 15, 2023, at 9:30 a.m. in Courtroom 302 of the United States Bankruptcy Court for the Riverside Division, the Honorable Scott H. Yun presiding. Appearances were made by James Klinkert, counsel for Plaintiffs, and Benjamin Heston, counsel for Defendants.

  The Court considered the pleadings, evidence, and testimony presented at trial. At the conclusion of the trial, the Court recited extensive findings on the record.

1

For those such reasons, the Court finds good cause to enter judgement as follows:

As to the first claim for relief arising under 11 U.S.C. §523(a)(2)(A), the Court enters judgment in favor of Defendants.

As to the second claim for relief arising under 11 U.S.C. §523(a)(6), the Court enters judgment in favor of Defendants.

###

 **Adversary LODGED ORDER UPLOAD FORM**

Friday, March 17, 2023

Upload Again

CONFIRMATION :

You've successfully uploaded the order:
( **11266244.docx** )
A new order has been added

- **Office**: Riverside
- **Case Title**: Blumenthal et al v. Young et al
- **Case Number**: 21-01010
- **Judge Initial**: SY
- **Case Type**: ap ( Adversary )
- **Document Number**: 1
- **On Date**: 03/17/2023 @ 12:51 PM

Please print 🖨 this confirmation for future reference.

Thank You!

United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 17, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Glen J Biondi** - glen@biondilawcorp.com, biondigr80135@notify.bestcase.com
**Arturo Cisneros** - amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Paul J Gutierrez** - pgutierrez@rkmattorneys.com
**Kelly A Neavel** - kneavel@rkmattorneys.com
**United States Trustee (RS)** - ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **March 17, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**The Honorable Scott H. Yun**
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

**James E Klinkert**
**Klinkert, Gutierrez & Neavel**
1407 N. Batavia St, Ste 202
Orange, CA 91761

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 17, 2023 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**