NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
T: 951-290-2827
F: 949-288-2054
ben@nexusbk.com

Attorney for Defendants,
Edward and Lisette Young

**FILED & ENTERED**

**MAR 29 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Mason **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD YOUNG, and<br>LISETTE YOUNG,<br><br>Debtors.<br><br>JOSHUA BLUMENTHAL, and<br>MONICA BLUMENTHAL,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD YOUNG and<br>LISETTE YOUNG,<br><br>Defendants. | Case No.: 6:20-bk-16824-SY<br><br>Chapter 7<br><br>Adv No.: 6:21-ap-01010-SY<br><br>**JUDGEMENT**<br><br>Trial<br>Date: March 15, 2023<br>Time: 9:30 a.m.<br>Courtroom 302 |

  A trial on this matter was held on March 15, 2023 at 9:30 a.m. in Courtroom 302 of the United States Bankruptcy Court for the Riverside Division, the Honorable Scott H. Yun presiding. Appearances were made by James Klinkert, counsel for plaintiffs, and Benjamin Heston, counsel for defendants.

  The court considered the pleadings, evidence, and testimony presented at trial. At the conclusion of the trial, the court recited extensive findings on the record. For the reasons stated

1

1 | on the record, the court finds good cause to enter judgement as follows:

2 |     IT IS ORDERED that judgment is entered in favor of defendants on both claims for relief
3 | arising under 11 U.S.C. §523(a)(2)(A) and (a)(6).

4 | ###

23 | Date: March 29, 2023

Scott H. Yun
United States Bankruptcy Judge