United States Bankruptcy Court

Central District of California

Blumenthal,
    Plaintiff

Young,
    Defendant

Adv. Proc. No. 21-01010-SY

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Mar 29, 2023      Form ID: pdf031      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | James E Klinkert, Klinkert, Gutierrez & Neavel, 1407 N. Batavia St, Ste 202, Orange, CA 92867-3525 |
| dft | + | Edward Young, 7344 Goldboro Lane, Riverside, CA 92506-6168 |
| pla | + | Joshua Blumenthal, 14201 Ross Ct, Rancho Cucamonga, CA 91739-2221 |
| dft | + | Lisette Young, 7344 Goldboro Lane, Riverside, CA 92506-6168 |
| pla | + | Monica Blumenthal, 14201 Ross Court, Rancho Cucamonga, CA 91739-2221 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arturo Cisneros (TR) | amctrustee@mclaw.org acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Benjamin Heston | on behalf of Defendant Edward Young bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Defendant Lisette Young bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Glen J Biondi | |

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: pdf031 | Total Noticed: 5 |

|  |  |
|---|---|
| Glen J Biondi | on behalf of Plaintiff Joshua Blumenthal glen@biondilawcorp.com biondigr80135@notify.bestcase.com |
| | on behalf of Plaintiff Monica Blumenthal glen@biondilawcorp.com biondigr80135@notify.bestcase.com |
| Kelly A Neavel | on behalf of Plaintiff Monica Blumenthal kneavel@rkmattorneys.com |
| Kelly A Neavel | on behalf of Plaintiff Joshua Blumenthal kneavel@rkmattorneys.com |
| Paul J Gutierrez | on behalf of Plaintiff Monica Blumenthal pgutierrez@rkmattorneys.com |
| Paul J Gutierrez | on behalf of Plaintiff Joshua Blumenthal pgutierrez@rkmattorneys.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 10

NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
T: 951-290-2827
F: 949-288-2054
ben@nexusbk.com

Attorney for Defendants,
Edward and Lisette Young

**FILED & ENTERED**

MAR 29 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD YOUNG, and<br>LISETTE YOUNG,<br><br>　　　　Debtors.<br><br>JOSHUA BLUMENTHAL, and<br>MONICA BLUMENTHAL,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>EDWARD YOUNG and<br>LISETTE YOUNG,<br><br>　　　　Defendants. | Case No.: 6:20-bk-16824-SY<br><br>Chapter 7<br><br>Adv No.: 6:21-ap-01010-SY<br><br>**JUDGEMENT**<br><br><u>Trial</u><br>Date: March 15, 2023<br>Time: 9:30 a.m.<br>Courtroom 302 |

　　　A trial on this matter was held on March 15, 2023 at 9:30 a.m. in Courtroom 302 of the United States Bankruptcy Court for the Riverside Division, the Honorable Scott H. Yun presiding. Appearances were made by James Klinkert, counsel for plaintiffs, and Benjamin Heston, counsel for defendants.

　　　The court considered the pleadings, evidence, and testimony presented at trial. At the conclusion of the trial, the court recited extensive findings on the record. For the reasons stated

1

on the record, the court finds good cause to enter judgement as follows:

    IT IS ORDERED that judgment is entered in favor of defendants on both claims for relief arising under 11 U.S.C. §523(a)(2)(A) and (a)(6).

###

Date: March 29, 2023

Scott H. Yun
United States Bankruptcy Judge